UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:**<br><br>**MARK E. AND SUZIE K. SATTIZAHN,**<br><br>Debtors<br><br>**MARK E. AND SUZIE K. SATTIZAHN,**<br><br>Objector<br><br>v.<br><br>**TEA OLIVE LLC,**<br><br>Claimant | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 5:20-bk-01225 RNO** |

**DEBTORS' OBJECTION TO PROOF OF CLAIM OF TEA OLIVE LLC**
**(PROOF OF CLAIM NO. 10)**

Debtors, Mark E. and Suzie K. Sattizahn, by and through their counsel, George M. Lutz, Esquire and Hartman, Valeriano, Magovern & Lutz, P.C., hereby file this Objection to Proof of Claim of Tea Olive LLC (Proof of Claim No. 10) and in support thereof aver as follows:

1. The Debtors filed for protection under Chapter 13 of the United States Bankruptcy Code on March 31, 2020.

2. Tea Olive LLC ("Claimant") has filed Proof of Claim No. 10. A copy of Proof of Claim No. 10 is attached hereto as Exhibit A and is incorporated herein by reference.

3. Debtors object to Proof of Claim No. 10 for the following reasons:

    a. Insufficient information has been provided with the Proof of Claim to allow the Debtors to determine if the debt is owed by either Debtor individually, or whether the debt is owed by the Debtors jointly.

    b. The Debtors believe that the debt is owed by the Debtor-Wife only.

4. The Debtors request that the Claimant provide to Debtors' counsel, or file with the Court, the credit application or other documents executed by one Debtor or both Debtors giving rise to the liability of either or both Debtors to the Claimant.

5. Absent the production of such documents, Proof of Claim No. 10 should be allowed as a claim owed by the Debtor-Wife only.

WHEREFORE, the Debtors object to Proof of Claim No. 10 and ask this Honorable Court to enter an Order, in the form affixed to the face hereof, allowing Proof of Claim No. 10 in the amount filed as a claim owed by the Debtor-Wife only.

**Date:** July 6, 2020

         Respectfully submitted,

         **Hartman, Valeriano, Magovern & Lutz, PC**

    *by:*  */s/ George M. Lutz*
       _____
       George M. Lutz, Esquire
       1025 Berkshire Boulevard, Suite 700
       Wyomissing, PA  19610
       Pa. Attorney ID No.: 46437