# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mark E. Sattizahn<br>Suzie K. Sattizahn<br>　　　　　Debtor(s) | BK NO. 20-01225 RNO<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

　　　　Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ James C. Warmbrodt
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　James Warmbrodt
　　　　　　　　　　　　　　　　　　　　03 Aug 2020, 15:56:00, EDT


　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　215-627-1322