# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mark E. Sattizahn<br>Suzie K. Sattizahn<br>Debtor(s) | BK NO. 20-01225 RNO<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Midland Credit Management, Inc. and index same on the master mailing list.

                              Respectfully submitted,

                              **/s/ Brian C. Nicholas, Esquire**
                              Brian C. Nicholas, Esquire
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA  19106
                              215-627-1322