Tea Olive, LLC
PO BOX 1931
BURLINGAME CA 94011

# UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**NOTICE OF WITHDRAWAL**

IN RE: Mark E & Suzie Sattizahn
CHAPTER 13
CASE NUMBER: 20-01225

TO: Clerk of the Court
1. A proof of claim was electronically filed on behalf of Tea Olive, LLC
2. For the account ending in 6153 in the amount of $3,586.54, Claim number 10.

You are notified that such proof of claim is hereby withdrawn, as it was filed in error.

DATED: 4/29/2020

Tea Olive, LLC

/s/ Larry Yip