UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>**MARK E. AND SUZIE K. SATTIZAHN,**<br><br>Debtors<br><br>**MARK E. AND SUZIE K. SATTIZAHN,**<br><br>Objector<br><br>v.<br><br>**TEA OLIVE LLC,**<br><br>Claimant | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 5:20-bk-01225 RNO** |

**CERTIFICATE OF CONCURRENCE**

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

    Debtors, Mark E. and Suzie K. Sattizahn, by and through their counsel, George M. Lutz, Esquire and Hartman, Valeriano, Magovern & Lutz, P.C., hereby file this Certificate of Concurrence regarding the Notice of Withdrawal of Proof of Claim No. 10, filed by Claimant, Tea Olive LLC on August 4, 2020, to Docket No.: 35.

**Date:** August 13, 2020

                      Respectfully submitted,

                      **Hartman, Valeriano, Magovern & Lutz, PC**

        by:    /s/ George M. Lutz
                      _____
                      George M. Lutz, Esquire
                      1025 Berkshire Boulevard, Suite 700
                      Wyomissing, PA  19610
                      Pa. Attorney ID No.: 46437