```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                           Case No. 20-01225-RNO
Mark E. Sattizahn                                                Chapter 13
Suzie K. Sattizahn
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: AutoDocke          Page 1 of 1         Date Rcvd: Aug 11, 2020
                            Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2020.
5321253         +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2020 at the address(es) listed below:
              Brian Nicholas    on behalf of Creditor   Midland Credit Management, Inc.
               bnicholas@kmllawgroup.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              George Meany Lutz    on behalf of Debtor 2 Suzie K. Sattizahn glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              George Meany Lutz    on behalf of Debtor 1 Mark E. Sattizahn glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 6

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MARK E. AND SUZIE K. SATTIZAHN,<br><br>Debtors<br><br>MARK E. AND SUZIE K. SATTIZAHN,<br><br>Objector<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Claimant | Chapter 13 Bankruptcy<br><br>Bankruptcy No. 5:20-bk-01225 RNO |

## ORDER

    AND NOW, upon consideration of the Debtors' Objection to Proof of Claim of Bank of America, N.A. (Proof of Claim No. 5),

    IT IS HEREBY ORDERED that the Debtors' Objection is sustained, and that Proof of Claim No. 5 is allowed as a claim in the amount filed as a claim owed by the Debtor-Wife only.

Dated: August 11, 2020

By the Court,

*Robert N. Opel, II*

Robert N. Opel, II, Bankruptcy Judge   <sup>BI</sup>