```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 20-01225-RNO
Mark E. Sattizahn                                               Chapter 13
Suzie K. Sattizahn
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-5         User: AutoDocke         Page 1 of 1         Date Rcvd: Aug 12, 2020
                             Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
         +E-mail/Text: bankruptcy@bbandt.com Aug 12 2020 19:46:41
           Branch Banking & Trust Company now Truist,    P.O. Box 1847,    100-50-01-51,
           Wilson, NC 27894-1847
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2020 at the address(es) listed below:
         Brian Nicholas    on behalf of Creditor   Midland Credit Management, Inc.
          bnicholas@kmllawgroup.com
         Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
         George Meany Lutz    on behalf of Debtor 2 Suzie K. Sattizahn glutz@hvmllaw.com,
          amerkey@hvmllaw.com;r49419@notify.bestcase.com
         George Meany Lutz    on behalf of Debtor 1 Mark E. Sattizahn glutz@hvmllaw.com,
          amerkey@hvmllaw.com;r49419@notify.bestcase.com
         James Warmbrodt    on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 6

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MARK E. AND SUZIE K. SATTIZAHN,<br><br>Debtors<br><br>MARK E. AND SUZIE K. SATTIZAHN,<br><br>Objector<br><br>v.<br><br>BRANCH BANKING & TRUST COMPANY NOW TRUIST,<br><br>Claimant | Chapter 13 Bankruptcy<br><br>Bankruptcy No. 5:20-bk-01225 RNO |

ORDER

  AND NOW, upon consideration of the Debtors' Objection to Proof of Claim of Branch Banking & Trust Company now Truist (Proof of Claim No. 2),

  IT IS HEREBY ORDERED that the Debtors' Objection is sustained, and that Proof of Claim No. 2 is allowed as a claim in the amount filed as a claim owed by the Debtor-Wife only.

Dated: August 12, 2020

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Bankruptcy Judge  BI