UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARK E. SATTIZAHN    SUZIE K. SATTIZAHN
        Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant

vs.

MARK E. SATTIZAHN    SUZIE K. SATTIZAHN
        Respondent(s)

CHAPTER 13

CASE NO: 5-20-01225-RNO

**TRUSTEE'S MOTION TO DISMISS CASE**

AND NOW, on October 15, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. A Plan was filed on April 9, 2020.

2. A hearing was held and an Order was entered on July 6, 2020 directing that an amended plan be filed within sixty (60) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

Respectfully submitted,

s/ Agatha R. McHale, Esq.
Id: 47613
Attorney for Trustee
Charles J. DeHart, III
Standing Chapter 13 Trustee
Ste. A, 8125 Adams Drive
Hummelstown, PA 17036
Ph. 717-566-6097
Fax. 717-566-8313
eMail: amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    MARK E. SATTIZAHN
           SUZIE K. SATTIZAHN

              CHAPTER 13

              Debtor(s)

           CHARLES J. DEHART, III
           CHAPTER 13 TRUSTEE      CASE NO: 5-20-01225-RNO
              Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

     U.S. Bankruptcy Court          Date:   November 4, 2020
     Max Rosenn U.S. Courthouse
     Courtroom #2
     197 S. Main Street               Time:   09:30 AM
     Wilkes Barre, PA

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

                                                  Charles J. DeHart, III, Trustee
                                                  8125 Adams Drive, Suite A
                                                  Hummelstown, PA   17036
                                                  Phone:   (717) 566-6097
                                                  Email:   dehartstaff@pamd13trustee.com

Dated:   October 15, 2020

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARK E. SATTIZAHN
SUZIE K. SATTIZAHN

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

MARK E. SATTIZAHN
SUZIE K. SATTIZAHN

    Respondent(s)

CHAPTER 13

CASE NO: 5-20-01225-RNO

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 15, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| GEORGE M LUTZ, ESQUIRE<br>HARTMAN, VALERIANO, MAGOVERN & LUTZ<br>1025 BERKSHIRE BLVD, SUITE 700<br>WYOMISSING, PA 19610- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |
| MARK E. SATTIZAHN<br>185 BROWNS ROAD<br>SCHUYLKILL HAVEN, PA 17972 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 15, 2020

Respectfully,
Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

IN RE: MARK E. SATTIZAHN
SUZIE K. SATTIZAHN

Debtor(s)     CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

MARK E. SATTIZAHN
SUZIE K. SATTIZAHN     CASE NO: 5-20-01225-RNO

Respondent(s)

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.