**Fill in this information to identify your case and this filing:**

Debtor 1    **Mark E. Sattizahn**
          First Name       Middle Name       Last Name

Debtor 2    **Suzie K. Sattizahn**
(Spouse, if filing)   First Name       Middle Name       Last Name

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF PENNSYLVANIA

Case number   5:20-bk-01225

■ Check if this is an amended filing

# Official Form 106A/B
# Schedule A/B: Property     12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes. Where is the property?

1.1

**185 Browns Road**
Street address, if available, or other description

**Schuylkill Haven**    **PA**    **17972-0000**
City                State       ZIP Code

**Schuylkill**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
■ Other   **Home and Farm**

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**   $328,500.00

**Current value of the portion you own?**   $328,500.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple, tenants by the entireties**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**60 acre farm**
**The scheduled value of the real estate is based on the fair market value $365,000 x 0.9 = 328,500.00**

| Debtor 1 | **Mark E. Sattizahn** | | Case number *(if known)* | **5:20-bk-01225** |
|---|---|---|---|---|
| Debtor 2 | **Suzie K. Sattizahn** | | | |

**If you own or have more than one, list here:**

1.2

**Myrtle Beach Wyndham Vacation Time Share**
Street address, if available, or other description

**Myrtle Beach**     **SC**
City     State     ZIP Code

County

**What is the property?** Check all that apply
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ■ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**84,000 points per year; This is about one weekend in the winter at Myrtle Beach Wyndham Vacation Resorts**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $0.00 | $0.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Time Share**

☐ **Check if this is community property**
(see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................................=>**     **$328,500.00**

---

**Part 2: Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

3.1   Make: **Ford**
Model: **Edge**
Year: **2015**
Approximate mileage: **80,800**
Other information:

**The scheduled value of the vehicle is based on kbb.com, private party value, good condition**

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $11,320.00 | $11,320.00 |

| Debtor 1 | **Mark E. Sattizahn** | | Case number *(if known)* | **5:20-bk-01225** |
| Debtor 2 | **Suzie K. Sattizahn** | | | |

### 3.2
- Make: **Ford**
- Model: **Escape**
- Year: **2010**
- Approximate mileage: **150,000**
- Other information:

  **The scheduled value of the vehicle is based on kbb.com, private party value, good condition. This vehicle is owned by the Debtor-Wife and her father. The scheduled value reflects the FMV as determined by kbb.com, Private party Value ($3,831.00), less 9% to reflect the costs and uncertainties of sale ($3,486.21), x 50% to reflect the Debtor-Wife's 50% ownership.**

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
  (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?** **$1,743.10**
**Current value of the portion you own?** **$1,743.10**

### 3.3
- Make: **Redman**
- Model: **Double Wide Modular Home**
- Year: **2000**
- Approximate mileage:
- Other information:

  **Purchased in September 1999 for $80,000.00**
  **This modular home has no value**

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
  (see instructions)

**Current value of the entire property?** **$0.00**
**Current value of the portion you own?** **$0.00**

### 3.4
- Make: **Ford**
- Model: **F-250 Truck**
- Year:
- Approximate mileage:
- Other information:

  **The scheduled value is based on the fair market value ($12,000.00) less 10% to refelct the costs and uncertainties of sale.**

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
  (see instructions)

**Current value of the entire property?** **$10,800.00**
**Current value of the portion you own?** **$10,800.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................=> **$23,863.10**

### Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

| Debtor 1 | **Mark E. Sattizahn** | | |
|---|---|---|---|
| Debtor 2 | **Suzie K. Sattizahn** | Case number *(if known)* | **5:20-bk-01225** |

6. **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ■ No
    ☐ Yes. Describe.....

7. **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
    ■ No
    ☐ Yes. Describe.....

8. **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ■ No
    ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
    ■ No
    ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ■ No
    ☐ Yes. Describe.....

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ■ No
    ☐ Yes. Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ................................................................ | **$0.00** |

| Part 4: | Describe Your Financial Assets |
|---|---|
| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes...............................................................................................................

Official Form 106A/B         Schedule A/B: Property         page 4
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Case 5:20-bk-01225-RNO    Doc 45    Filed 11/01/20    Entered 11/01/20 21:28:02    Desc
Main Document    Page 4 of 16

| Debtor 1 | **Mark E. Sattizahn** | | Case number *(if known)* | **5:20-bk-01225** |
|---|---|---|---|---|
| Debtor 2 | **Suzie K. Sattizahn** | | | |

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................

    Institution name:

    | | 17.1. | **Checking** | **Checking account at Fulton Bank (Personal account)** | $2,300.00 |
    |---|---|---|---|---|
    | | 17.2. | **Checking** | **Checking account at Fulton Bank (Farm Account)** | $5,700.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................  Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes. Give specific information about them...................
      Name of entity:                                      % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
      Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
      Type of account:       Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................  Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............  Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............  Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

| Debtor 1 | **Mark E. Sattizahn** | | Case number *(if known)* | **5:20-bk-01225** |
|---|---|---|---|---|
| Debtor 2 | **Suzie K. Sattizahn** | | | |

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
        Company name:    Beneficiary:    Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.........................................................................................................**   **$8,000.00**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

Official Form 106A/B    Schedule A/B: Property    page 6
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 5:20-bk-01225-RNO   Doc 45   Filed 11/01/20   Entered 11/01/20 21:28:02   Desc
Main Document   Page 6 of 16

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ☐ No. Go to Part 7.
    ■ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
    *Examples:* Livestock, poultry, farm-raised fish
    ■ No
    ☐ Yes................

48. **Crops—either growing or harvested**
    ■ No
    ☐ Yes. Give specific information.....

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
    ☐ No
    ■ Yes................

| | |
|---|---|
| **BC 570 Baler**<br>The scheduled value of this asset is based on its fair market value ($17,000.00 as per the Debtor-Husband), less 10% to reflect the costs and uncertainties of sale. | **$15,300.00** |
| **HR1140 Pequea Rake and Zimmerman 36E Elevator**<br>The scheduled value of these assets is based on their fair market value ($7,500.00 as per the Debtor-Husband), less 10% to reflect the costs and uncertainties of sale. | **$6,750.00** |
| **JX100U Tractor**<br>The scheduled value of this asset is based on its fair market value ($20,000.00 as per the Debtor-Husband), less 10% to reflect the costs and uncertainties of sale. | **$18,000.00** |
| **Various farm equipment and vehicles. See attachment to Schedule B.**<br>**FMV = $17,100.00**<br>The scheduled values of these assest are based on their fair market values ($17,100.00) less 10% to reflect the costs and uncertainties of sale. | **$15,390.00** |
| **Corn picker**<br>The scheduled value is based on the fair market value ($4,000.00) less 10% to refelct the costs and uncertainties of sale. | **$3,600.00** |

50. **Farm and fishing supplies, chemicals, and feed**
    ■ No
    ☐ Yes................

| Debtor 1 | **Mark E. Sattizahn** | | |
|---|---|---|---|
| Debtor 2 | **Suzie K. Sattizahn** | Case number *(if known)* | **5:20-bk-01225** |

51. **Any farm- and commercial fishing-related property you did not already list**
    ■ No
    ☐ Yes. Give specific information.....

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ..................................................................................................................     **$59,040.00**

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................     **$0.00**

### Part 8: List the Totals of Each Part of this Form

| | | | |
|---|---|---:|---:|
| 55. | **Part 1: Total real estate, line 2** ..................................................................................................... | | **$328,500.00** |
| 56. | **Part 2: Total vehicles, line 5** | $23,863.10 | |
| 57. | **Part 3: Total personal and household items, line 15** | $0.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $8,000.00 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $59,040.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61...    $90,903.10    Copy personal property total | | **$90,903.10** |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | **$419,403.10** |

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | |
|---|---|
| MARK E. AND SUZIE K. SATTIZAHN, | Chapter 13 Bankruptcy |
| | Bankruptcy No. 5:20-bk-01225 RNO |
| Debtors | |

## ADDENDUM TO SCHEDULE B

| | |
|---|---:|
| Cultivator | 100 |
| Disk | 500 |
| Plow | 500 |
| Sprayer | 500 |
| Haywagon | 1,000 |
| Grain drill | 800 |
| Gravity wagon | 800 |
| Gravity wagon | 1,500 |
| Gravity wagon | 1,500 |
| Tractor/986 | 6,500 |
| Tractor/1210 | 1,500 |
| Haybin | 500 |
| Chopper | 100 |
| Paper shredder | 500 |
| Chisel plow | 600 |
| Manure spreader | 200 |
| **Total** | **17,100.00** |

| | | | |
|---|---|---|---|
| Fill in this information to identify your case: | | | |
| Debtor 1 | **Mark E. Sattizahn** | | |
| | First Name / Middle Name / Last Name | | |
| Debtor 2 (Spouse if, filing) | **Suzie K. Sattizahn** | | |
| | First Name / Middle Name / Last Name | | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA | | |
| Case number (if known) | 5:20-bk-01225 | | ■ Check if this is an amended filing |

# Official Form 106C
## Schedule C: The Property You Claim as Exempt 4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1: Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

    ■ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **185 Browns Road Schuylkill Haven, PA 17972  Schuylkill County 60 acre farm**<br>**The scheduled value of the real estate is based on the fair market value**<br>**$365,000 x 0.9 = 328,500.00**<br>Line from *Schedule A/B*: **1.1** | $328,500.00 | ■ $50,300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| **2010 Ford Escape 150,000 miles**<br>**The scheduled value of the vehicle is based on kbb.com, private party value, good condition.  This vehicle is owned by the Debtor-Wife and her father.  The scheduled value reflects the FMV as determined by kbb.com, Private p**<br>Line from *Schedule A/B*: **3.2** | $1,743.10 | ■ $1,743.10<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| **Ford F-250 Truck**<br>**The scheduled value is based on the fair market value ($12,000.00) less 10% to refelct the costs and uncertainties of sale.**<br>Line from *Schedule A/B*: **3.4** | $10,800.00 | ■ $4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |

| Debtor 1 | **Mark E. Sattizahn** | | | Case number (if known) | **5:20-bk-01225** |
| Debtor 2 | **Suzie K. Sattizahn** | | | | |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  Check only one box for each exemption. | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Checking: Checking account at Fulton Bank (Personal account)**  Line from *Schedule A/B*: **17.1** | $2,300.00 | ■ ☐ | $1,325.00  100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Checking: Checking account at Fulton Bank (Farm Account)**  Line from *Schedule A/B*: **17.2** | $5,700.00 | ■ ☐ | $1,325.00  100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Corn picker**  **The scheduled value is based on the fair market value ($4,000.00) less 10% to refelct the costs and uncertainties of sale.**  Line from *Schedule A/B*: **49.5** | $3,600.00 | ■ ☐ | $2,525.00  100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(6)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Mark E. Sattizahn** | |
| | First Name  Middle Name  Last Name | |
| Debtor 2 (Spouse if, filing) | **Suzie K. Sattizahn** | |
| | First Name  Middle Name  Last Name | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA | |
| Case number (if known) | 5:20-bk-01225 | |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:  List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** **AGCO Financial**<br>Creditor's Name | Describe the property that secures the claim: | $6,414.00 | $6,750.00 | $0.00 |
| | **HR1140 Pequea Rake and Zimmerman 36E Elevator. The scheduled value of these assets is based on their fair market value ($7,500.00 as per the Debtor-Husband), less 10% to reflect the costs and uncertainties of sale.** | | | |
| **8001 BIRCHWOOD JOHNSTON, IA 50131**<br>Number, Street, City, State & Zip Code | **As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| **Who owes the debt?** Check one.<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt | **Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) _____ | | | |
| Date debt was incurred | **Date Opened Jul 15, 2016** | Last 4 digits of account number _____ | | |

| Debtor 1 | **Mark E. Sattizahn** | | | Case number (if known) | **5:20-bk-01225** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Suzie K. Sattizahn** | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.2 | **BB&T Bank** | Describe the property that secures the claim: | $237,882.03 | $328,500.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**185 Browns Road Schuylkill Haven, PA 17972 Schuylkill County
60 acre farm
The scheduled value of the real estate is based on the fair market value
$365,000 x 0.9 = 328,500.00**

**BB&T Item Processing Center
POB 580050
Charlotte, NC 28258**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **1st Mortgage**

Date debt was incurred **December, 2014**    Last 4 digits of account number **0001**

---

| 2.3 | **BB&T Bank** | Describe the property that secures the claim: | $27,117.81 | $328,500.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**185 Browns Road Schuylkill Haven, PA 17972 Schuylkill County
60 acre farm
The scheduled value of the real estate is based on the fair market value
$365,000 x 0.9 = 328,500.00**

**BB&T Item Processing Center
POB 580050
Charlotte, NC 28258**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **2nd Mortgage**

Date debt was incurred **December, 2014**    Last 4 digits of account number **0002**

| Debtor 1 | **Mark E. Sattizahn** | | | Case number (if known) | **5:20-bk-01225** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Suzie K. Sattizahn** | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.4 | **CNH Industrial Capital America** | Describe the property that secures the claim: | $13,109.00 | $15,300.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**BC 570 Baler**
**The scheduled value of this asset is based on its fair market value ($17,000.00 as per the Debtor-Husband), less 10% to reflect the costs and uncertainties of sale.**

**233 LAKE AV**
**RACINE, WI 53403**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** **Date Opened Jun 23, 2016**    **Last 4 digits of account number**    **CNH Industrial Capital America**

| 2.5 | **Midatlantic Farm Credit, ACA** | Describe the property that secures the claim: | $14,271.00 | $18,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**JX100U Tractor**
**The scheduled value of this asset is based on its fair market value ($20,000.00 as per the Debtor-Husband), less 10% to reflect the costs and uncertainties of sale.**

**45 AILERON CT.**
**WESTMINSTER, MD 21157**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** **Date Opened Jun 22, 2015**    **Last 4 digits of account number**

| Debtor 1 | **Mark E. Sattizahn** | | | Case number (if known) | **5:20-bk-01225** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Suzie K. Sattizahn** | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.6 | **PA STATE EMPL CU** | Describe the property that secures the claim: | $22,841.00 | $11,320.00 | $11,521.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **2015 Ford Edge 80,800 miles The scheduled value of the vehicle is based on kbb.com, private party value, good condition** | | | |
| | **1 CREDIT UNION PLACE HARRISBURG, PA 17110-2912** | As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Number, Street, City, State & Zip Code | | | | |

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Lien on Vehicle Title

| Date debt was incurred | **Date Opened Feb 01, 2016** | Last 4 digits of account number | |
|---|---|---|---|

| 2.7 | **Wyndham Vacation Resorts** | Describe the property that secures the claim: | $11,590.00 | $0.00 | $11,590.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **Myrtle Beach Wyndham Vacation Time Share Myrtle Beach, SC 84,000 points per year; This is about one weekend in the winter at Myrtle Beach Wyndham Vacation Resorts** | | | |
| | **P.O. Box 419166 Boston, MA 02241** | As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Number, Street, City, State & Zip Code | | | | |

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

| Date debt was incurred | | Last 4 digits of account number | **4092** |
|---|---|---|---|

| Add the dollar value of your entries in Column A on this page. Write that number here: | $333,224.84 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $333,224.84 |

**Part 2:** List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| Debtor 1 | **Mark E. Sattizahn** | | | Case number (if known) | **5:20-bk-01225** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Suzie K. Sattizahn** | | | | |
| | First Name | Middle Name | Last Name | | |

☐ Name, Number, Street, City, State & Zip Code
**WYNDHAM CONSUMER FINANCE
10750 W. CHARLESTON BLVD
STE 130
LAS VEGAS, NV 89135**

On which line in Part 1 did you enter the creditor?  **2.7**

Last 4 digits of account number ___

---

Official Form 106D  Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**  page 5 of 5