# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 13 Bankruptcy |
| Mark E. Sattizahn and Suzie K. Sattizahn, | Bankruptcy No. 5:20-bk-01225 RNO |
| Debtors | |

## CERTIFICATE OF NO RESPONSE

    I, George M. Lutz, Esquire, attorney for Debtors, hereby certify that adequate notice of the Application for Allowance of Compensation and Reimbursement of Expenses was served upon the Chapter 13 Trustee, United States Trustee, all creditors and parties in interest; And neither the Trustee nor the United States Trustee nor any creditor or interested persons have filed an Answer within the time set by the court, to the Application for Allowance of Compensation and Reimbursement of Expenses and requests that the court grant the Application for Allowance of Compensation and Reimbursement of Expenses, as the Application is uncontested.

Date: February 5, 2021

                                     **Hartman, Valeriano, Magovern & Lutz, P.C.**

                **by:**    */s/ George M. Lutz*

                       George M. Lutz, Esquire
                       1025 Berkshire Blvd, Suite 700
                       Wyomissing, PA 19610
                       Attorney I.D. No. 46437
                       Phone: 610-779-0772
                       Fax: 610-779-7473