UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | Chapter 13 Bankruptcy |
|---|---|
| Mark E. Sattizahn and Suzie K. Sattizahn, <br><br> Debtors | Bankruptcy No. 5:20-bk-01225 RNO |

## AMENDED CERTIFICATE OF SERVICE

    I, Alyssa J. Merkey, do hereby certify that I served a copy of the Application of George M. Lutz, Esquire and Hartman, Valeriano, Magovern & Lutz, P.C. for Allowance of Compensation and Reimbursement of Expenses and Notice of Filing said Application upon the following individuals at the addresses listed below by first class mail and/or by electronic means, on January 13, 2021:

**Office of the United States Trustee**
**228 Walnut Street, Suite 1190**
**Harrisburg, PA 17101-1722**

**Charles J. DeHart, III, Esquire**
**Chapter 13 Trustee**
**8125 Adams Drive, Suite A**
**Hummelstown, PA 17036-8625**

**Mark E. and Suzie K. Sattizahn**
**185 Browns Road**
**Schuylkill Haven, PA 17972**

    I further certify that I served a copy of the Notice only upon the individuals and/or entities listed on the Matrix, by first class mail and/or by electronic means, on January 13, 2021.

Dated: February 9, 2021

                                            **Hartman, Valeriano, Magovern & Lutz, P.C.**

                    By:    */s/ Alyssa J. Merkey*
                            1025 Berkshire Blvd., Suite 700
                            Wyomissing, PA 19610
                            (610) 779-0772

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-5<br>Case 5:20-bk-01225-RNO<br>Middle District of Pennsylvania<br>Wilkes-Barre | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes-Barre, PA 18701-1500 |
| AGCO Finance LLC<br>PO Box 2000<br>Johnston, IA 50131-0020 | AGCO Financial<br>8001 BIRCHWOOD<br>JOHNSTON, IA 50131-2889 | AMERICAN EXPRESS<br>P.O. BOX 981537<br>EL PASO, TX 79998-1537 |
| ARS<br>PO BOX 469100<br>Escondido, CA 92046-9100 | Amazon<br>c/o DNF Associates LLC<br>2351 N. Forest Road Suite 110<br>Getzville, NY 14068-9902 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| BANK OF AMERICA<br>4060 OGLETOWN/STANTON RD<br>DE5-019-03-07<br>NEWARK, DE 19713 | BARCLAY'S BANK DELAWARE<br>c/o Frederic I. Weinberg<br>375 E. Elm Street, Ste. 210<br>Conshohocken, PA 19428-1973 | BARCLAYS BANK DELAWARE<br>PO BOX 8803<br>ATT: CREDIT BUREAU<br>WILMINGTON, DE 19899-8803 |
| BARCLAYS BANK DELAWARE<br>c/o Scott & Associates, PC<br>6 Kacey Court, Suite 203<br>Mechanicsburg, PA 17055-9237 | BB&T BANKCARD<br>PO BOX 2306<br>WILSON, NC 27894-2306 | BB&T Bank<br>BB&T Item Processing Center<br>POB 580050<br>Charlotte, NC 28258-0050 |
| BB&T now Truist, Bankruptcy Section<br>100-50-01-51<br>P.O. Box 1847<br>Wilson, NC 27894-1847 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Bureaus Investment Group Portfolio No 15 LLC<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CNH Industrial Capital America<br>233 LAKE AV<br>RACINE, WI 53403-1015 | CNH Industrial Capital America LLC<br>PO Box 71264<br>Philadelphia, PA 19176-6264 |
| COMENITY BANK/LNBRYANT<br>PO BOX 182789<br>COLUMBUS, OH 43218-2789 | COMENITY BANK/ROAMANS<br>PO BOX 182789<br>COLUMBUS, OH 43218-2789 | COMENITY BANK/TORRID<br>PO BOX 182789<br>COLUMBUS, OH 43218-2789 |
| COMENITY BANK/WOMNWTHN<br>PO BOX 182789<br>COLUMBUS, OH 43218-2789 | COMENITYBANK/KAYJEWELERS<br>PO BOX 182789<br>COLUMBUS, OH 43218-2789 | CSC Credit Services<br>Box 740040<br>Atlanta, GA 30374-0040 |
| Capital One<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 | Capital One Bank (USA), N.A.<br>4851 Cox Road<br>Glen Allen 23060-6293 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |

| | | |
|---|---|---|
| Capital One Bank (USA), N.A.<br>c/o Michael F. Ratchford, Esquire<br>54 Glenmaura National Blvd., Ste. 1<br>Moosic, PA 18507-2161 | Captial One<br>c/o Midland Credit Management<br>P.O. Box 301030<br>Los Angeles, CA 90030-1030 | Chex Systems Inc.<br>ATTN: Customer Relations<br>7805 Hudson Rd<br>Suite 100<br>Woodbury, MN 55125-1703 |
| Club Wyndham Plus Cash Management<br>PO Box 340090<br>Boston, MA 02241-0490 | D & A Services LLC<br>1400 E Touhy Ave<br>Suite G2<br>Des Plaines, IL 60018-3338 | Dress Barn<br>P.O. Box 71106<br>Charlotte, NC 28272-1106 |
| Dress Barn<br>c/o Midland Credit Management<br>P.O. Box 301030<br>Los Angeles, CA 90030-1030 | EXXNMOBIL/CBNA<br>CITIBANK CREDIT DISPUTE UNIT<br>PO BOX 6497<br>SIOUX FALLS, SD 57117-6497 | Elan Financial/US Bank<br>c/o Halsted Financial Services LLC<br>POB 828<br>Skokie, IL 60076-0828 |
| Equifax Information Services LLC<br>P.O. Box 740256<br>Atlanta, GA 30374-0256 | Experian<br>Business Information Services<br>475 Anton Blvd.<br>Costa Mesa, CA 92626-7037 | First National Bank Of Omaha<br>c/o Alpha Recovery Corp.<br>6912 S. Quentin Street Unit 10<br>Englewood, CO 80112-4531 |
| GS LOAN SVCS/HOME DEPOT<br>1797 NE EXPRESSWAY<br>GS LOAN SERVICES<br>ATLANTA, GA 30329-7803 | Geisinger Medical<br>POB 983148<br>Boston, MA 02298-3148 | Geisinger Medical<br>POB 983150<br>Boston, MA 02298-3150 |
| George M. Lutz, Esquire<br>Hartman, Valeriano, Magovern & Lutz, P.C<br>1025 Berkshire Blvd., Suite 700<br>Wyomissing, PA 19610-1284 | Greensky, LLC<br>1797 Northeast Expressway Suite 100<br>Atlanta, GA 30329-2451 | H & R Accounts Inc<br>5320 22ND Avenue<br>PO Box 672<br>Moline, IL 61266-0672 |
| (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| LVNV FUNDING LLC<br>625 PILOT ROAD SUITE 2/3<br>LAS VEGAS, NV 89119-4485 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lowe s<br>P.O. Box 530914<br>Atlanta, GA 30353-0914 |
| Lowe's<br>c/o Midland Credit Management<br>P.O. Box 301030<br>Los Angeles, CA 90030-1030 | MERRICK BANK<br>PO BOX 9201<br>BETHPAGE, NY 11804-9001 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Midatlantic Farm Credit, ACA<br>45 AILERON CT.<br>WESTMINSTER, MD 21157-3022 | Midland Credit Management<br>POB 301030<br>Los Angeles, CA 90030-1030 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 |

| | | |
|---|---|---|
| New Egg<br>P.O. Box 965064<br>Orlando, FL 32896-5064 | New Egg<br>c/o Midland Credit Management<br>P.O. Box 301030<br>Los Angeles, CA 90030-1030 | PA STATE EMPL CU<br>1 CREDIT UNION PLACE<br>HARRISBURG, PA 17110-2912 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | PSECU<br>PO BOX 67013<br>HARRISBURG, PA 17106-7013 | Q Card<br>P.O. Box 530905<br>Atlanta, GA 30353-0905 |
| Q Card<br>c/o Midland Credit Management<br>P.O. Box 301030<br>Los Angeles, CA 90030-1030 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Crown Asset Management LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Radius Global Solutions LLC<br>Radius Global Solutions<br>P.O.Box 390846<br>Minneapolis, MN 55439-0846 | SYNCB/AMERICAN EAGLE DC<br>4125 WINDWARD PLAZA<br>ALPHARETTA, GA 30005-8738 | SYNCB/LOWES<br>4125 WINDWARD PLAZA<br>ALPHARETTA, GA 30005-8738 |
| SYNCB/SAM'S CLUB DC<br>4125 WINDWARD PLAZA<br>ALPHARETTA, GA 30005-8738 | SYNCB/TJX CO<br>4125 WINDWARD PLAZA<br>ALPHARETTA, GA 30005-8738 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| TD BANK USA/TARGET CREDIT<br>7000 TARGET PARKWAY N,<br>MAIL STOP NCD-0450<br>BROOKLYN PARK, MN 55445-4301 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | TSC<br>c/o Radius Global Solutions<br>POB 390905<br>Minneapolis, MN 55439-0905 |
| TSC Citibank (Tractor Supply)<br>c/o McCarthy, Burgess and Wolff<br>26000 Cannon Road<br>Bedford, OH 44146-1807 | Tea Olive, LLC<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | Terry Sattizahn<br>185 Browns Road<br>Schuylkill Haven, PA 17972-9098 |
| Trans Union<br>P.O. Box 1000<br>Chester, PA 19016-1000 | US DEPT. OF EDUCATION/GLELSI<br>PO BOX 7860<br>MADISON, WI 53707-7860 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 |
| (p)WYNDHAM CONSUMER FINANCE INC<br>P O BOX 97474<br>LAS VEGAS NV 89195-0001 | Walmart<br>P.O. Box 530927<br>Atlanta, GA 30353-0927 | Walmart<br>c/o Midland Credit Management<br>P.O. Box 301030<br>Los Angeles, CA 90030-1030 |
| Wyndham Vacation Resorts<br>P.O. Box 419166<br>Boston, MA 02241-9166 | Zulily<br>P.O. Box 530993<br>Atlanta, GA 30353-0993 | Zulily<br>c/o Midland Credit Management<br>P.O. Box 301030<br>Los Angeles, CA 90030-1030 |

| | | |
|---|---|---|
| Charles J DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036-8625 | George Meany Lutz<br>Hartman, Valeriano, Magovern & Lutz, PC<br>1100 Berkshire Blvd.<br> Suite 301<br>P.O. Box 5828<br>Wyomissing, PA 19610-5828 | Mark E. Sattizahn<br>185 Browns Road<br>Schuylkill Haven, PA 17972-9098 |
| Suzie K. Sattizahn<br>185 Browns Road<br>Schuylkill Haven, PA 17972-9098 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CAPITAL ONE BANK USA NA<br>PO BOX 85015<br>RICHMOND, VA 23285-5075 | JPMCB - CARD SERVICES<br>301 N WALNUT ST, FLOOR 09<br>WILMINGTON, DE 19801-3935 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 |
| PORTFOLIO RECOVERY ASSOCIATES<br>120 CORPORATE BLVD, STE 100<br>NORFOLK, VA 23502 | (d)Portfolio Recovery Associates LLC<br>PO Box 12914<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |
| WYNDHAM CONSUMER FINANCE<br>10750 W. CHARLESTON BLVD<br>STE 130<br>LAS VEGAS, NV 89135 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)MidFirst Bank | (u)Midland Credit Management, Inc. | (u)Tea Olive, LLC |

End of Label Matrix
Mailable recipients    93
Bypassed recipients     3
Total                  96