**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**PRACIPE TO WITHDRAW AND SUBSTITUTE**

    Effective January 12, 2024, I will be leaving KML Law Group, P.C. Kindly withdraw my appearance on the matters in Exhibit "A" and substitute in another attorney from our firm.

    KML LAW GROUP, P.C.
    Respectfully submitted,

    KML Law Group, P.C.

    By: /s/ Brian C. Nicholas    Dated: 1/9/2024
    Brian C. Nicholas, Esquire
    Suite 5000 – BNY Independence Center
    701 Market Street
    Philadelphia, PA 19106-1532

    Kindly enter my appearance on the matters listed in Exhibit "A" in place of Brian C. Nicholas.

    KML LAW GROUP, P.C.
    Respectfully submitted,

    KML Law Group, P.C.

    By: /s/ Michael Farrington    Dated: 1/9/2024
    Michael Farrington, Esquire
    Suite 5000 – BNY Independence Center
    701 Market Street
    Philadelphia, PA 19106-1532

**EXHIBIT A**

| Name | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role |
|---|---|---|---|---|---|
| Nicholas, Brian (aty) (204 cases) | 1:17-bk-02221-HWV | Mark A. Ray and Sandra A. Ray | 13 | 5/27/2017 | N / A |
| | 1:18-bk-00666-HWV | Carlos Garcia and Irma Miriam Garcia | 13 | 2/21/2018 | N / A |
| | 1:18-bk-00743-HWV | Earl William Reidell, Jr and Brenda Ann Reidell | 13 | 2/26/2018 | N / A |
| | 1:18-bk-01882-HWV | Tarsha Lashaun Holmes-Taru and Jarai Taru | 13 | 5/3/2018 | N / A |
| | 1:18-bk-03287-HWV | Ebonnie Leavern Simmons-Hall | 13 | 8/3/2018 | N / A |
| | 1:18-bk-03737-HWV | James Gregory Bryant | 13 | 9/6/2018 | N / A |
| | 1:18-bk-03790-HWV | Seth B. Goldberg | 13 | 9/11/2018 | N / A |
| | 1:18-bk-04343-HWV | Gregory B Edwards | 13 | 10/12/2018 | N / A |
| | 1:18-bk-05007-HWV | Timothy Keller Messner | 13 | 11/29/2018 | N / A |
| | 1:18-bk-05320-HWV | James Peter Antonucci and Reth Antonucci | 13 | 12/20/2018 | N / A |
| | 1:19-bk-00060-HWV | Daniel E. Bier | 13 | 1/7/2019 | N / A |
| | 1:19-bk-00071-HWV | Keli N. Jaxheimer | 13 | 1/8/2019 | N / A |
| | 1:19-bk-00152-HWV | Gary J. Stopyra, Sr. and Laurie A. Stopyra | 13 | 1/14/2019 | N / A |
| | 1:19-bk-00245-HWV | Reece Christopher Hardison and Lisa Marie Hinton Hardison | 13 | 1/21/2019 | N / A |
| | 1:19-bk-00574-HWV | Hope L. Sanders | 13 | 2/8/2019 | N / A |
| | 1:19-bk-01283-HWV | Kevin Michael Craig and Rachel Lynn Craig | 13 | 3/29/2019 | N / A |
| | 1:19-bk-01589-HWV | Nichole L. Valle | 13 | 4/16/2019 | N / A |
| | 1:19-bk-01623-HWV | Paul J. Rothrock and Amanda S. Kang | 13 | 4/18/2019 | N / A |
| | 1:19-bk-02259-HWV | Joseph Earl Kamler | 13 | 5/24/2019 | N / A |
| | 1:19-bk-02386-HWV | Ebin M. Russell and Glynis Denise Russell | 13 | 5/31/2019 | N / A |
| | 1:19-bk-02464-HWV | Robert C. Aungst | 13 | 6/6/2019 | N / A |
| | 1:19-bk-02513-HWV | Theresa Elizabeth Oliver | 7 | 6/10/2019 | N / A |
| | 1:19-bk-02790-HWV | Joseph Marlin Kilmer | 7 | 6/28/2019 | N / A |
| | 1:19-bk-02824-HWV | Silas Daniel Elkins and Staci Marie Elkins | 13 | 6/28/2019 | N / A |
| | 1:19-bk-02959-HWV | Joyce A. Mays | 13 | 7/10/2019 | N / A |
| | 1:19-bk-03035-HWV | Brent M. McBeth | 13 | 7/15/2019 | N / A |
| | 1:19-bk-03088-HWV | Charles L. Smith and Dana B. Smith | 13 | 7/18/2019 | N / A |
| | 1:19-bk-03234-HWV | Anthony J. Kirsch, Sr. | 13 | 7/29/2019 | N / A |
| | 1:19-bk-04047-HWV | Jamie L. Daugherty | 13 | 9/23/2019 | N / A |
| | 1:19-bk-04194-HWV | Erin Rena Ball and Adam Christopher Ball | 13 | 9/28/2019 | N / A |
| | 1:19-bk-04391-HWV | Tara Lynn Hall | 13 | 10/9/2019 | N / A |
| | 1:19-bk-04480-HWV | Shannon Marie Gingrich | 13 | 10/16/2019 | N / A |
| | 1:19-bk-04521-HWV | Carl E. McKee | 13 | 10/21/2019 | N / A |
| | 1:19-bk-04674-HWV | Richard Lee Poorman and Kristin Anne Poorman | 13 | 10/31/2019 | N / A |
| | 1:19-bk-04800-HWV | Crystal Nicole Richardson | 13 | 11/8/2019 | N / A |
| | 1:19-bk-05362-HWV | Nicole A Snyder | 13 | 12/17/2019 | N / A |

| Case | Name | Chapter | Filed | Closed |
|---|---|---|---|---|
| 1:20-bk-00555-HWV | Angelea Michelle Jones | 13 | 2/14/2020 | N / A |
| 1:20-bk-00841-HWV | Craig Bradley Deimler and William Oliver Fisher-Deimler | 13 | 3/4/2020 | N / A |
| 1:20-bk-01062-HWV | David M. Sullivan | 13 | 3/18/2020 | N / A |
| 1:20-bk-01416-HWV | James P. Scholze and Laura E. Scholze | 13 | 4/30/2020 | N / A |
| 1:20-bk-01582-HWV | Shelli Rae Gordon | 13 | 5/20/2020 | N / A |
| 1:20-bk-01905-HWV | Albert Lermineaux | 13 | 6/23/2020 | N / A |
| 1:20-bk-01906-HWV | Melissa Jan Strayer | 13 | 6/23/2020 | N / A |
| 1:20-bk-02360-HWV | Justin A. Lang and Jamie L. Lang | 13 | 8/4/2020 | N / A |
| 1:20-bk-02518-HWV | Stephen C Molnar | 13 | 8/25/2020 | N / A |
| 1:20-bk-02670-HWV | Subetrice Ternice Samuel | 13 | 9/9/2020 | N / A |
| 1:20-bk-03076-HWV | Jay P. Ackerman and Brenda M. Ackerman | 13 | 10/20/2020 | N / A |
| 1:20-bk-03270-HWV | David William Cline | 13 | 11/10/2020 | N / A |
| 1:20-bk-03381-HWV | Larry D Bossler and Valerie A Bossler | 13 | 11/24/2020 | N / A |
| 1:20-bk-03596-HWV | Ileen D Hanse | 13 | 12/23/2020 | N / A |
| 1:21-bk-00142-HWV | John Albert Emkey and Tina Marie Emkey | 13 | 1/25/2021 | N / A |
| 1:21-bk-00349-HWV | Frank Breidenbach and Gwendolyn Teves Breidenbach | 13 | 2/23/2021 | N / A |
| 1:21-bk-00471-HWV | Joseph Andrew Valenzia | 13 | 3/11/2021 | N / A |
| 1:21-bk-00878-HWV | Maria Lydia Tershak | 13 | 4/21/2021 | N / A |
| 1:21-bk-00901-HWV | Capri A. Fisher | 13 | 4/22/2021 | N / A |
| 1:21-bk-00991-HWV | Michael J. Petrilla, Jr. and Karen L. Petrilla | 13 | 4/30/2021 | N / A |
| 1:21-bk-01372-HWV | Douglas Wayne Mitten | 13 | 6/18/2021 | N / A |
| 1:21-bk-01456-HWV | Marcy L. Witmer | 13 | 6/29/2021 | N / A |
| 1:21-bk-01634-HWV | Scott Matthew Gyenes | 13 | 7/23/2021 | N / A |
| 1:21-bk-01674-HWV | Jeremiah W Maurice | 13 | 7/29/2021 | N / A |
| 1:21-bk-01883-HWV | Brian Thomas Bivens and Chandra Mary Bivens | 13 | 8/27/2021 | N / A |
| 1:21-bk-01910-HWV | Stacey A. Martens | 13 | 8/31/2021 | N / A |
| 1:21-bk-01918-HWV | Peter Kenneth Sarago and Patricia A. Sarago | 13 | 8/31/2021 | N / A |
| 1:21-bk-01988-HWV | Christopher K. Sarago and Lori M. Sarago | 13 | 9/13/2021 | N / A |
| 1:21-bk-02438-HWV | Kevin Scott Kesecker | 13 | 11/15/2021 | N / A |
| 1:22-bk-00028-HWV | Andrew Charles Hoy | 13 | 1/10/2022 | N / A |
| 1:22-bk-00497-HWV | Laura E. Bayer | 13 | 3/18/2022 | N / A |
| 1:22-bk-00636-HWV | Jeremy Lee Brininger | 13 | 4/7/2022 | N / A |
| 1:22-bk-00849-HWV | David Earl French and Donna Marie French | 13 | 5/6/2022 | N / A |
| 1:22-bk-00975-HWV | Andrew S Johnson | 13 | 5/25/2022 | N / A |
| 1:22-bk-01061-HWV | Brian Michael Chatfield | 13 | 6/7/2022 | N / A |
| 1:22-bk-01135-HWV | Phillip I. White, III | 13 | 6/20/2022 | N / A |
| 1:22-bk-01315-HWV | Brandon George Snyder and Domenica L Snyder | 13 | 7/19/2022 | N / A |
| 1:22-bk-01409-HWV | Mark Robert Woodring | 13 | 7/29/2022 | N / A |
| 1:22-bk-01413-HWV | Estella Marie Wagaman | 13 | 7/31/2022 | N / A |
| 1:22-bk-01423-HWV | Jose A. Bentez and Jennifer J. Jimenez Bentez | 13 | 8/2/2022 | N / A |
| 1:22-bk-01453-HWV | Stubert Martin Turpie, Jr. and Marjorie Lee Turpie | 13 | 8/6/2022 | N / A |

| Case | Debtor | Chapter | Date Filed | |
|---|---|---|---|---|
| 1:22-bk-01456-HWV | Joshua W. Semon | 13 | 8/8/2022 | N / A |
| 1:22-bk-01515-HWV | Alesha Anne Miller | 13 | 8/16/2022 | N / A |
| 1:22-bk-01579-HWV | Sherry A Gardner and Nicholas J Gardner, Jr. | 13 | 8/25/2022 | N / A |
| 1:22-bk-01616-HWV | Edward James Campbell and Sandra Dee Campbell | 13 | 8/30/2022 | N / A |
| 1:22-bk-01760-HWV | Helene Marie Yohn | 13 | 9/16/2022 | N / A |
| 1:22-bk-01888-HWV | David Allen McVicker, Sr and Stephanie Ann McVicker | 13 | 9/29/2022 | N / A |
| 1:22-bk-01912-HWV | Louis A. Santo, Jr. and Joy M. Santo | 13 | 10/3/2022 | N / A |
| 1:22-bk-02012-HWV | Christopher Shawn Carr and Robyn Renee Carr | 13 | 10/17/2022 | N / A |
| 1:22-bk-02187-HWV | Gary Lawrence Visco and Ilene Michele Visco | 13 | 11/11/2022 | N / A |
| 1:22-bk-02192-HWV | Wayne E. Miller | 13 | 11/11/2022 | N / A |
| 1:22-bk-02311-HWV | Joshua D, Baringer and Stephanie L. Baringer | 13 | 11/30/2022 | N / A |
| 1:22-bk-02420-HWV | Lori Lynn Kraft | 13 | 12/16/2022 | N / A |
| 1:22-bk-02516-HWV | Donald Jacob Burrs, Jr. and Joyce Melinda Burrs | 13 | 12/31/2022 | N / A |
| 1:23-bk-00064-HWV | Mark Irving Martin | 13 | 1/13/2023 | N / A |
| 1:23-bk-00166-HWV | Terrance Lamont White | 13 | 1/26/2023 | N / A |
| 1:23-bk-00180-HWV | Stephen Marc Troy | 13 | 1/27/2023 | N / A |
| 1:23-bk-00246-HWV | Amy Elizabeth Walter | 13 | 2/4/2023 | N / A |
| 1:23-bk-00249-HWV | Jeffrey M. Garber | 13 | 2/6/2023 | N / A |
| 1:23-bk-00263-HWV | Phillip Russell Perrone | 13 | 2/7/2023 | N / A |
| 1:23-bk-00417-HWV | Timothy Alan Rush | 13 | 2/27/2023 | N / A |
| 1:23-bk-00550-HWV | Sarah E. Lewis | 13 | 3/16/2023 | N / A |
| 1:23-bk-00665-HWV | Phuong Van Pham and Dung Hong Pham | 13 | 3/29/2023 | N / A |
| 1:23-bk-00736-HWV | Kareem Ray Senises | 13 | 4/2/2023 | N / A |
| 1:23-bk-00737-HWV | Lane Allen Mays, II | 13 | 4/2/2023 | N / A |
| 1:23-bk-00822-HWV | Robert J. Davis, Jr. and Sierra N. Davis | 13 | 4/14/2023 | N / A |
| 1:23-bk-00851-HWV | David S. Clement | 13 | 4/18/2023 | N / A |
| 1:23-bk-01032-HWV | Christopher Jason Grant | 13 | 5/9/2023 | N / A |
| 1:23-bk-01132-HWV | Zachary Andrew McFadden | 13 | 5/19/2023 | N / A |
| 1:23-bk-01178-HWV | Lynn H. Stoneroad | 13 | 5/26/2023 | N / A |
| 1:23-bk-01674-HWV | Anna M Yocum | 13 | 7/24/2023 | N / A |
| 1:23-bk-01979-HWV | Teressa L. DeRoos | 13 | 9/1/2023 | N / A |
| 1:23-bk-02017-HWV | Jonathon Robert Smith | 13 | 9/6/2023 | N / A |
| 1:23-bk-02086-HWV | Paul E. Deardorff, III | 13 | 9/14/2023 | N / A |
| 1:23-bk-02287-HWV | Laura A. Lloyd | 13 | 10/4/2023 | N / A |
| 1:23-bk-02414-HWV | Melody M. Anderson | 13 | 10/23/2023 | N / A |
| 4:19-bk-01537-MJC | Mark T. Hazelton and Sarah R. Hazelton | 12 | 4/12/2019 | N / A |
| 4:20-bk-00066-MJC | Carl R. Peters | 13 | 1/8/2020 | N / A |
| 4:20-bk-00880-MJC | Jodi L. Auker | 13 | 3/6/2020 | N / A |
| 4:20-bk-01846-MJC | Christopher Dean Reid, Sr. | 13 | 6/16/2020 | N / A |
| 4:21-bk-00803-MJC | Lora L. Pringle | 13 | 4/12/2021 | N / A |
| 4:21-bk-01186-MJC | Gary E Fohringer and Lois M Fohringer | 13 | 5/25/2021 | N / A |

| Case Number | Debtor(s) | Chapter | Filed Date | Closed |
|---|---|---|---|---|
| 4:23-bk-00076-MJC | Dorsey M. Hauck, Jr. and Stephanie E. Hauck | 13 | 1/17/2023 | N / A |
| 4:23-bk-00256-MJC | Jeffrey Lynn Goss | 13 | 2/6/2023 | N / A |
| 4:23-bk-00487-MJC | Srinath Dharmapadam and Purvi Srinath Dharmapadam | 11 | 3/8/2023 | N / A |
| 5:16-bk-04599-MJC | Angel Medina and Shari Medina | 13 | 11/9/2016 | N / A |
| 5:16-bk-04965-MJC | Ismael Cruz | 13 | 12/6/2016 | N / A |
| 5:18-bk-03141-MJC | Joseph M Ragona, III and Kathleen Ragona | 13 | 7/30/2018 | N / A |
| 5:18-bk-04040-MJC | Charles A Hayes, III | 13 | 9/26/2018 | N / A |
| 5:18-bk-04471-MJC | Desiree E. Rhymer | 13 | 10/23/2018 | N / A |
| 5:18-bk-04978-MJC | Julie Nicole Smith | 13 | 11/28/2018 | N / A |
| 5:19-bk-00693-MJC | Blaine C. Fardella | 13 | 2/19/2019 | N / A |
| 5:19-bk-00887-MJC | James Joseph Hughes, Sr. and Ashley Ann Hughes | 13 | 3/4/2019 | N / A |
| 5:19-bk-01054-MJC | Melissa Bigelow | 13 | 3/18/2019 | N / A |
| 5:19-bk-01555-MJC | Thomas R. Guiffre | 13 | 4/12/2019 | N / A |
| 5:19-bk-02097-MJC | Dorothy Ann Daniels and Don D Daniels | 13 | 5/14/2019 | N / A |
| 5:19-bk-03539-MJC | Michael C. Milbrodt and Debra A. Milbrodt | 13 | 8/21/2019 | N / A |
| 5:19-bk-03609-MJC | Carol Marie Brown-Papp | 13 | 8/26/2019 | N / A |
| 5:19-bk-03635-MJC | Claude C. Mollenthiel and Tamayo Mollenthiel | 13 | 8/28/2019 | N / A |
| 5:19-bk-04823-MJC | Ryan C. Binkley and Vanessa R. Binkley | 13 | 11/12/2019 | N / A |
| 5:19-bk-05276-MJC | Michael Francis Barhight and Jennifer Eileen Barhight | 13 | 12/11/2019 | N / A |
| 5:20-bk-00141-MJC | Joseph John Kuehner,, III | 13 | 1/15/2020 | N / A |
| 5:20-bk-00284-MJC | John Hebal, Jr. | 13 | 1/28/2020 | N / A |
| 5:20-bk-00500-MJC | Renee Ann Rusnock | 13 | 2/10/2020 | N / A |
| 5:20-bk-00795-MJC | Chong Yon Huber | 13 | 3/2/2020 | N / A |
| 5:20-bk-01225-MJC | Mark E. Sattizahn and Suzie K. Sattizahn | 13 | 3/31/2020 | N / A |
| 5:20-bk-01367-MJC | Erica M. Williams | 13 | 4/24/2020 | N / A |
| 5:20-bk-01690-MJC | Edward Anthony Schwarz and Julie Joyce Schwarz | 13 | 5/30/2020 | N / A |
| 5:20-bk-02231-MJC | Thomas Albert Miller, Jr. | 13 | 7/25/2020 | N / A |
| 5:20-bk-02264-MJC | Delroy Alexander Skeen | 13 | 7/29/2020 | N / A |
| 5:20-bk-02530-MJC | William J. Daniels | 13 | 8/26/2020 | N / A |
| 5:20-bk-02639-MJC | Jack Jin Shen and Ming Chih Shen | 13 | 9/3/2020 | N / A |
| 5:20-bk-02872-MJC | Stephen A. McTernan | 13 | 9/29/2020 | N / A |
| 5:20-bk-03324-MJC | Kenneth Eugene Herritt and Shelly Ann Storper | 13 | 11/17/2020 | N / A |
| 5:21-bk-00680-HWV | Deborah Ann Mackarevich | 13 | 3/30/2021 | N / A |
| 5:21-bk-00786-MJC | Thomas James Kenneally | 13 | 4/9/2021 | N / A |
| 5:21-bk-01181-MJC | Rolland T. Cheesman, III and Deiatra D. Cheesman | 13 | 5/25/2021 | N / A |
| 5:21-bk-01411-MJC | Antoinette Marie Barnes | 13 | 6/23/2021 | N / A |
| 5:21-bk-01467-MJC | Corenia S. Sirota | 13 | 6/29/2021 | N / A |
| 5:21-bk-01557-MJC | Jaimee Marie Haydt | 13 | 7/12/2021 | N / A |

| Case | Name | Chapter | Date Filed | Date Closed |
|---|---|---|---|---|
| 5:21-bk-01571-MJC | Ricky Terrymore Samuels and Karen Angela Samuels | 13 | 7/14/2021 | N / A |
| 5:21-bk-01801-MJC | Terrence M Faust and Michelle P Faust | 13 | 8/16/2021 | N / A |
| 5:21-bk-02023-MJC | John Joseph Jones and Jasmine Minx Jones | 13 | 9/16/2021 | N / A |
| 5:21-bk-02046-MJC | Denise M Riccio | 13 | 9/20/2021 | N / A |
| 5:21-bk-02442-MJC | Mark Joseph Kosek and Carol Lyn Kosek | 13 | 11/15/2021 | N / A |
| 5:21-bk-02461-MJC | Cathy Anne Wruble | 13 | 11/17/2021 | N / A |
| 5:22-bk-00084-MJC | Karen Joan Mongi | 13 | 1/20/2022 | N / A |
| 5:22-bk-00155-MJC | Juana Ortiz | 13 | 1/28/2022 | N / A |
| 5:22-bk-00188-MJC | Charles J Gedman and Georgianne Gedman | 13 | 2/2/2022 | N / A |
| 5:22-bk-00332-MJC | Rupert Nathaniel Isaac, Jr | 13 | 2/21/2022 | N / A |
| 5:22-bk-00714-MJC | Robert M. Dukett | 7 | 4/19/2022 | N / A |
| 5:22-bk-01258-MJC | John R. Waznak | 13 | 7/7/2022 | N / A |
| 5:22-bk-01368-MJC | Laura A Butler | 13 | 7/26/2022 | N / A |
| 5:22-bk-01379-MJC | Wilfred Lee Mungro | 13 | 7/27/2022 | N / A |
| 5:22-bk-01535-MJC | Ruica Lesley Thomas-Gilliam | 13 | 8/19/2022 | N / A |
| 5:22-bk-01573-MJC | Leonard Michael Be | 13 | 8/24/2022 | N / A |
| 5:22-bk-01617-MJC | Alrick Troy Emerson Marner and Tameka Elizabeth Williams | 13 | 8/30/2022 | N / A |
| 5:22-bk-01642-MJC | Mary Stravinski | 13 | 9/1/2022 | N / A |
| 5:22-bk-01868-MJC | Kemal Jadadic | 13 | 9/28/2022 | N / A |
| 5:22-bk-01977-HWV | Linda Anne Mecca | 13 | 10/13/2022 | N / A |
| 5:22-bk-01994-MJC | Valerie Buckley Maniscalco | 13 | 10/14/2022 | N / A |
| 5:22-bk-01996-MJC | Kristine Guardino | 13 | 10/14/2022 | N / A |
| 5:22-bk-02052-MJC | Parminder Kaur | 13 | 10/21/2022 | N / A |
| 5:22-bk-02058-MJC | Michael T Dougherty and Cynthia A Dougherty | 13 | 10/24/2022 | N / A |
| 5:22-bk-02102-MJC | Abigail Rose Reese | 13 | 10/30/2022 | N / A |
| 5:22-bk-02141-MJC | Lemuel Turton | 13 | 11/3/2022 | N / A |
| 5:22-bk-02196-MJC | Hugh Robert Flaherty and Maureen Flaherty | 13 | 11/11/2022 | N / A |
| 5:22-bk-02207-MJC | James Donald Lacey | 13 | 11/14/2022 | N / A |
| 5:22-bk-02290-MJC | Chad Edward Hinds and Coni Hinds | 7 | 11/29/2022 | N / A |
| 5:22-bk-02309-MJC | Marie Lissa Charles | 13 | 11/30/2022 | N / A |
| 5:22-bk-02354-MJC | Maranda Nichole Grasley | 13 | 12/6/2022 | N / A |
| 5:22-bk-02421-MJC | David Dillon Thompson | 13 | 12/16/2022 | N / A |
| 5:23-bk-00079-MJC | Michael E. Kelly and Lori Andrade-Kelly | 13 | 1/17/2023 | N / A |
| 5:23-bk-00137-MJC | Patricia A. Clarkson | 13 | 1/25/2023 | N / A |
| 5:23-bk-00251-MJC | Rose Marie Ziminsky | 13 | 2/6/2023 | N / A |
| 5:23-bk-00266-MJC | Charlotte D. Martin | 13 | 2/8/2023 | N / A |
| 5:23-bk-00289-MJC | Reginald Rinaldo Talton | 13 | 2/10/2023 | N / A |
| 5:23-bk-00304-MJC | Natalie Jasmin | 13 | 2/13/2023 | N / A |
| 5:23-bk-00511-MJC | Robert Korda | 13 | 3/10/2023 | N / A |
| 5:23-bk-00607-MJC | LaShawn G. Tillery | 13 | 3/23/2023 | N / A |
| 5:23-bk-00647-MJC | John M. Julian | 13 | 3/27/2023 | N / A |
| 5:23-bk-00907-MJC | Clara Lucille Bowman | 13 | 4/25/2023 | N / A |
| 5:23-bk-00965-MJC | Richard Meier Yost | 13 | 4/30/2023 | N / A |
| 5:23-bk-01181-MJC | Dawn Michele Mead | 13 | 5/26/2023 | N / A |

| | Case Number | Debtor Name | Chapter | Date Filed | Date Closed |
|---|---|---|---|---|---|
| | 5:23-bk-01682-MJC | Doralice Yvette Cruz | 13 | 7/25/2023 | N / A |
| | 5:23-bk-01884-MJC | Marcia Carter | 13 | 8/22/2023 | N / A |
| | 5:23-bk-02013-MJC | Tiffany Hunter | 13 | 9/6/2023 | N / A |
| | 5:23-bk-02348-MJC | Paul Hrywnak, Jr. | 13 | 10/13/2023 | N / A |
| Nicholas, Brian C (aty) (322 cases) | 1:17-bk-05295-HWV | George H Gruber, Jr. | 13 | 12/29/2017 | N / A |
| | 1:18-bk-00666-HWV | Carlos Garcia and Irma Miriam Garcia | 13 | 2/21/2018 | N / A |
| | 1:18-bk-00743-HWV | Earl William Reidell, Jr and Brenda Ann Reidell | 13 | 2/26/2018 | N / A |
| | 1:18-bk-01588-HWV | Eric Jayson Moyer and Diana Moyer | 13 | 4/18/2018 | N / A |
| | 1:18-bk-01882-HWV | Tarsha Lashaun Holmes-Tart and Jaral Tart | 13 | 5/3/2018 | N / A |
| | 1:18-bk-01945-HWV | Daniel V. Rhome and Tracey L. Rhome | 13 | 5/8/2018 | N / A |
| | 1:18-bk-02765-HWV | Mikele D. Miller | 13 | 6/29/2018 | N / A |
| | 1:18-bk-03287-HWV | Ebonnie Leavern Simmons-Hall | 13 | 8/3/2018 | N / A |
| | 1:18-bk-03400-HWV | Marian A Murphy | 13 | 8/15/2018 | N / A |
| | 1:18-bk-03647-HWV | Lionel Brian Dolphin | 7 | 8/31/2018 | N / A |
| | 1:18-bk-03969-HWV | Cory T. Vogel and Melissa A. Vogel | 13 | 9/21/2018 | N / A |
| | 1:18-bk-04117-HWV | Aaron D Taylor and Cheryl Ann Taylor | 13 | 9/28/2018 | N / A |
| | 1:18-bk-04343-HWV | Gregory B Edwards | 13 | 10/12/2018 | N / A |
| | 1:18-bk-04825-HWV | Atreyu Jesse Thompson and Amber Nicole Thompson | 13 | 11/15/2018 | N / A |
| | 1:18-bk-04868-HWV | Bridget E Stoneroad | 13 | 11/20/2018 | N / A |
| | 1:18-bk-05007-HWV | Timothy Keller Messner | 13 | 11/29/2018 | N / A |
| | 1:18-bk-05200-HWV | Ray E. Whittington, Jr. and Debra K. Whittington | 13 | 12/12/2018 | N / A |
| | 1:18-bk-05320-HWV | James Peter Antonucci and Reth Antonucci | 13 | 12/20/2018 | N / A |
| | 1:19-bk-00060-HWV | Daniel E. Bier | 13 | 1/7/2019 | N / A |
| | 1:19-bk-00071-HWV | Keli N. Jaxheimer | 13 | 1/8/2019 | N / A |
| | 1:19-bk-00152-HWV | Gary J. Stopyra, Sr. and Laurie A. Stopyra | 13 | 1/14/2019 | N / A |
| | 1:19-bk-00153-HWV | Brian K. Barnhart | 13 | 1/14/2019 | N / A |
| | 1:19-bk-00173-HWV | Anthony Derrick Cannon | 13 | 1/15/2019 | N / A |
| | 1:19-bk-00245-HWV | Reece Christopher Hardison and Lisa Marie Hinton Hardison | 13 | 1/21/2019 | N / A |
| | 1:19-bk-00574-HWV | Hope L. Sanders | 13 | 2/8/2019 | N / A |
| | 1:19-bk-00692-HWV | Ronald Lynn Morrison | 13 | 2/19/2019 | N / A |
| | 1:19-bk-00835-HWV | Nichole Marie Hoffman | 13 | 2/28/2019 | N / A |
| | 1:19-bk-00983-HWV | Daniel N Dickensheets and Shelly Mae Dickensheets | 13 | 3/12/2019 | N / A |
| | 1:19-bk-01223-HWV | John E. DeLack | 13 | 3/27/2019 | N / A |
| | 1:19-bk-01385-HWV | Alfred Warner Poole | 13 | 4/3/2019 | N / A |
| | 1:19-bk-01589-HWV | Nichole L. Valle | 13 | 4/16/2019 | N / A |
| | 1:19-bk-01623-HWV | Paul J. Rothrock and Amanda S. Kang | 13 | 4/18/2019 | N / A |
| | 1:19-bk-01718-HWV | Mark L Snyder | 13 | 4/24/2019 | N / A |
| | 1:19-bk-01816-HWV | Daryl E. Grubb, Jr. and Jessica E. Grubb | 13 | 4/29/2019 | N / A |

| Case | Name | Chapter | Date Filed | |
|---|---|---|---|---|
| 1:19-bk-01821-HWV | Timi S Wills | 13 | 4/29/2019 | N / A |
| 1:19-bk-01945-HWV | Bonnie E. Bakaric | 13 | 5/6/2019 | N / A |
| 1:19-bk-02198-HWV | Jeffrey A Borman, Sr | 13 | 5/21/2019 | N / A |
| 1:19-bk-02232-HWV | Mark A Joseph | 13 | 5/22/2019 | N / A |
| 1:19-bk-02464-HWV | Robert C. Aungst | 13 | 6/6/2019 | N / A |
| 1:19-bk-02513-HWV | Theresa Elizabeth Oliver | 7 | 6/10/2019 | N / A |
| 1:19-bk-02781-HWV | Christopher J. Cornett and Angela M. Cornett | 13 | 6/27/2019 | N / A |
| 1:19-bk-02824-HWV | Silas Daniel Elkins and Staci Marie Elkins | 13 | 6/28/2019 | N / A |
| 1:19-bk-02953-HWV | Joseph Thomas Konupka, III | 13 | 7/10/2019 | N / A |
| 1:19-bk-02959-HWV | Joyce A. Mays | 13 | 7/10/2019 | N / A |
| 1:19-bk-03035-HWV | Brent M. McBeth | 13 | 7/15/2019 | N / A |
| 1:19-bk-03078-HWV | Steven Allen Freeman and Sandra Kay Freeman | 13 | 7/18/2019 | N / A |
| 1:19-bk-03185-HWV | Timothy Brian Henry, Sr. | 13 | 7/25/2019 | N / A |
| 1:19-bk-03204-HWV | Thomas William Gerhold | 13 | 7/26/2019 | N / A |
| 1:19-bk-03234-HWV | Anthony J. Kirsch, Sr. | 13 | 7/29/2019 | N / A |
| 1:19-bk-03269-HWV | Nicholas David Trout and Diana Elizabeth Trout | 13 | 7/30/2019 | N / A |
| 1:19-bk-03455-HWV | Daniel L. Williams | 13 | 8/13/2019 | N / A |
| 1:19-bk-03559-HWV | Shanna M. Ackerley | 13 | 8/23/2019 | N / A |
| 1:19-bk-03721-HWV | Laurel Elizabeth Kuehn | 13 | 9/3/2019 | N / A |
| 1:19-bk-03853-HWV | Jason B. Hamilton and Christine Marie Hamilton | 13 | 9/11/2019 | N / A |
| 1:19-bk-04009-HWV | Jerome Keith Holmes | 13 | 9/19/2019 | N / A |
| 1:19-bk-04360-HWV | Larry Donnell Rascoe and Michelle Charlene Rascoe | 13 | 10/8/2019 | N / A |
| 1:19-bk-04362-HWV | Julie Kay Smith | 13 | 10/8/2019 | N / A |
| 1:19-bk-04391-HWV | Tara Lynn Hall | 13 | 10/9/2019 | N / A |
| 1:19-bk-04521-HWV | Carl E. McKee | 13 | 10/21/2019 | N / A |
| 1:19-bk-04690-HWV | Michael Gibbs and Rechinda Palmer-Gibbs | 13 | 10/31/2019 | N / A |
| 1:19-bk-04723-HWV | Brandon Scott Lease | 13 | 11/1/2019 | N / A |
| 1:19-bk-04800-HWV | Crystal Nicole Richardson | 13 | 11/8/2019 | N / A |
| 1:19-bk-04941-HWV | Scott W. Wentzel and Christine L. Wentzel | 13 | 11/19/2019 | N / A |
| 1:19-bk-04995-HWV | Nicole Maureen Vance | 13 | 11/22/2019 | N / A |
| 1:19-bk-05095-HWV | Aric James Darroe | 13 | 11/29/2019 | N / A |
| 1:19-bk-05173-HWV | Allison J. Forguson | 13 | 12/5/2019 | N / A |
| 1:19-bk-05362-HWV | Nicole A Snyder | 13 | 12/17/2019 | N / A |
| 1:20-bk-00112-HWV | Dianna L Jamison and Christopher E. Jamison | 13 | 1/13/2020 | N / A |
| 1:20-bk-00337-HWV | Shane Kauffman and Jennifer Kauffman | 13 | 1/31/2020 | N / A |
| 1:20-bk-00444-HWV | Dennis M. Habbert, Jr. | 13 | 2/7/2020 | N / A |
| 1:20-bk-00489-HWV | Luis A. Garcia | 13 | 2/10/2020 | N / A |
| 1:20-bk-00513-HWV | Robert Werner Wege and Nancy Elizabeth Wege | 13 | 2/11/2020 | N / A |
| 1:20-bk-00555-HWV | Angelea Michelle Jones | 13 | 2/14/2020 | N / A |
| 1:20-bk-00632-HWV | Dawn Alaine DeMaine | 13 | 2/21/2020 | N / A |

| Case | Name | Ch | Date | |
|---|---|---|---|---|
| 1:20-bk-00762-HWV | Patrick Eugene Kling and Wendy Marie Kling | 13 | 2/28/2020 | N / A |
| 1:20-bk-00774-HWV | Monica Lafrances Altamura | 13 | 2/29/2020 | N / A |
| 1:20-bk-00829-HWV | Boraseth I. Tum | 13 | 3/4/2020 | N / A |
| 1:20-bk-00841-HWV | Craig Bradley Deimler and William Oliver Fisher-Deimler | 13 | 3/4/2020 | N / A |
| 1:20-bk-00848-HWV | Kerry Patrick Lance | 13 | 3/5/2020 | N / A |
| 1:20-bk-00952-HWV | Andrew David Oyler-Esteves and Hector Esteves-Oyler | 13 | 3/11/2020 | N / A |
| 1:20-bk-01238-HWV | Kevin James Roth | 13 | 4/2/2020 | N / A |
| 1:20-bk-01242-HWV | Michael A. Mimoso and Amelie Mimoso | 13 | 4/3/2020 | N / A |
| 1:20-bk-01345-HWV | Anthony E Heindl, Jr. | 13 | 4/22/2020 | N / A |
| 1:20-bk-01386-HWV | Thomas I Burkhalter | 13 | 4/27/2020 | N / A |
| 1:20-bk-01416-HWV | James P. Scholze and Laura E. Scholze | 13 | 4/30/2020 | N / A |
| 1:20-bk-01436-HWV | Robert Steven Burn | 13 | 4/30/2020 | N / A |
| 1:20-bk-01555-HWV | William Bural Dudley, Sr | 13 | 5/18/2020 | N / A |
| 1:20-bk-01788-HWV | Aaron Michael Lehman and Heather Lehman | 13 | 6/10/2020 | N / A |
| 1:20-bk-01891-HWV | Levi G. Daley | 13 | 6/19/2020 | N / A |
| 1:20-bk-01905-HWV | Albert Lermineaux | 13 | 6/23/2020 | N / A |
| 1:20-bk-01906-HWV | Melissa Jan Strayer | 13 | 6/23/2020 | N / A |
| 1:20-bk-02309-HWV | Maurice L. Harsh and Kelly J Harsh | 13 | 7/31/2020 | N / A |
| 1:20-bk-02314-HWV | Shawn I. McCord | 13 | 7/31/2020 | N / A |
| 1:20-bk-02360-HWV | Justin A. Lang and Jamie L. Lang | 13 | 8/4/2020 | N / A |
| 1:20-bk-02507-HWV | Walter E. Alexander, II and Melanie M. Alexander | 13 | 8/24/2020 | N / A |
| 1:20-bk-02518-HWV | Stephen C Molnar | 13 | 8/25/2020 | N / A |
| 1:20-bk-02545-HWV | David J. Fowble, Sr. and Tammy L. Fowble | 13 | 8/27/2020 | N / A |
| 1:20-bk-02563-HWV | Charles E. Osman and Doreen Osman | 13 | 8/28/2020 | N / A |
| 1:20-bk-02758-HWV | Kate Wirt | 13 | 9/18/2020 | N / A |
| 1:20-bk-02771-HWV | Ronald Eugene Carson and Robin Rene Carson | 13 | 9/20/2020 | N / A |
| 1:20-bk-02982-HWV | Matthew T. Bateman and Brenda L. Bateman | 13 | 10/8/2020 | N / A |
| 1:20-bk-03066-HWV | Vanessa L. Gambone | 13 | 10/19/2020 | N / A |
| 1:20-bk-03076-HWV | Jay P. Ackerman and Brenda M. Ackerman | 13 | 10/20/2020 | N / A |
| 1:20-bk-03201-HWV | Robert Ray Owens, Jr. | 13 | 10/30/2020 | N / A |
| 1:20-bk-03217-HWV | Stanley Charles Amey, Sr. | 7 | 11/2/2020 | N / A |
| 1:20-bk-03254-HWV | Jeremie M. Thomas | 13 | 11/6/2020 | N / A |
| 1:20-bk-03270-HWV | David William Cline | 13 | 11/10/2020 | N / A |
| 1:20-bk-03295-HWV | Beth A Stine | 13 | 11/12/2020 | N / A |
| 1:20-bk-03376-HWV | Bradley E. Monninger and Susan M. Monninger | 13 | 11/24/2020 | N / A |
| 1:20-bk-03381-HWV | Larry D Bossler and Valerie A Bossler | 13 | 11/24/2020 | N / A |
| 1:20-bk-03448-HWV | Bilkisu Abubakar-Mohammed | 13 | 12/3/2020 | N / A |
| 1:20-bk-03513-HWV | Eugene Charles Conrad, Jr. and Crystal M. Conrad | 13 | 12/10/2020 | N / A |

| Case | Debtor | Ch | Filed | Closed |
|---|---|---|---|---|
| 1:21-bk-00032-HWV | Fitzroy Simeon Lewis and Heather Ann Lewis | 13 | 1/7/2021 | N / A |
| 1:21-bk-00054-HWV | Natalie R. Shank | 13 | 1/12/2021 | N / A |
| 1:21-bk-00141-HWV | Nathan A. Stepler and Becky L. Stepler | 13 | 1/25/2021 | N / A |
| 1:21-bk-00142-HWV | John Albert Emkey and Tina Marie Emkey | 13 | 1/25/2021 | N / A |
| 1:21-bk-00230-HWV | Marie Elaine Burns | 13 | 2/5/2021 | N / A |
| 1:21-bk-00337-HWV | Lester Lawrence Vogelsong, Jr | 13 | 2/22/2021 | N / A |
| 1:21-bk-00349-HWV | Frank Breidenbach and Gwendolyn Teves Breidenbach | 13 | 2/23/2021 | N / A |
| 1:21-bk-00355-HWV | Steven D. Flickinger | 13 | 2/23/2021 | N / A |
| 1:21-bk-00446-HWV | Angela L. Harris | 13 | 3/8/2021 | N / A |
| 1:21-bk-00471-HWV | Joseph Andrew Valenzia | 13 | 3/11/2021 | N / A |
| 1:21-bk-00708-HWV | Shawn C. Stroop and Amy R. Stroop | 13 | 3/31/2021 | N / A |
| 1:21-bk-00790-HWV | Salahudin Shahriar and Shagorika Shahriar | 13 | 4/9/2021 | N / A |
| 1:21-bk-00801-HWV | Mark Michael Reed | 13 | 4/10/2021 | N / A |
| 1:21-bk-00853-HWV | Patricia Anne Warner | 13 | 4/16/2021 | N / A |
| 1:21-bk-00901-HWV | Capri A. Fisher | 13 | 4/22/2021 | N / A |
| 1:21-bk-00991-HWV | Michael J. Petrilla, Jr. and Karen L. Petrilla | 13 | 4/30/2021 | N / A |
| 1:21-bk-01101-HWV | Matthew R. Knoche and Jennifer A. Knoche | 13 | 5/14/2021 | N / A |
| 1:21-bk-01372-HWV | Douglas Wayne Mitten | 13 | 6/18/2021 | N / A |
| 1:21-bk-01429-HWV | Demetrius D. Davis | 13 | 6/25/2021 | N / A |
| 1:21-bk-01556-HWV | Takako Warehime | 13 | 7/12/2021 | N / A |
| 1:21-bk-01634-HWV | Scott Matthew Gyenes | 13 | 7/23/2021 | N / A |
| 1:21-bk-01674-HWV | Jeremiah W Maurice | 13 | 7/29/2021 | N / A |
| 1:21-bk-01678-HWV | Jason B. Cavanaugh and Demi L. Cavanaugh | 13 | 7/29/2021 | N / A |
| 1:21-bk-01757-HWV | Jeffery C Cunningham and Donna Mae Cunningham | 13 | 8/10/2021 | N / A |
| 1:21-bk-01819-HWV | William Harvey Goodling and Kelly Jean Goodling | 13 | 8/18/2021 | N / A |
| 1:21-bk-01853-HWV | Keith A. Halbleib | 13 | 8/23/2021 | N / A |
| 1:21-bk-01883-HWV | Brian Thomas Bivens and Chandra Mary Bivens | 13 | 8/27/2021 | N / A |
| 1:21-bk-01918-HWV | Peter Kenneth Sarago and Patricia A. Sarago | 13 | 8/31/2021 | N / A |
| 1:21-bk-01990-HWV | Scott J Earnest | 13 | 9/13/2021 | N / A |
| 1:21-bk-02143-HWV | Damon Nello Satterwhite | 13 | 9/29/2021 | N / A |
| 1:21-bk-02164-HWV | SueAnn E. Bruce | 13 | 9/30/2021 | N / A |
| 1:21-bk-02228-HWV | Michael Alan Dotson | 13 | 10/13/2021 | N / A |
| 1:21-bk-02240-HWV | Joseph Michael Klingler and Jaime Lynn Klingler | 13 | 10/14/2021 | N / A |
| 1:21-bk-02417-HWV | Bruce L. Lebitz and Heidi L. Lebitz | 13 | 11/11/2021 | N / A |
| 1:21-bk-02438-HWV | Kevin Scott Kesecker | 13 | 11/15/2021 | N / A |
| 1:21-bk-02532-HWV | Roger Lee Ciuffo | 13 | 11/29/2021 | N / A |
| 1:21-bk-02606-HWV | Wendy Lee Keefe | 13 | 12/7/2021 | N / A |
| 1:21-bk-02637-HWV | Pamela Jo Calhoun | 13 | 12/14/2021 | N / A |
| 1:21-bk-02672-HWV | Ingrid Rivera | 13 | 12/20/2021 | N / A |
| 1:22-bk-00028-HWV | Andrew Charles Hoy | 13 | 1/10/2022 | N / A |
| 1:22-bk-00031-HWV | Aaron J Smith | 13 | 1/10/2022 | N / A |

| Case Number | Debtor Name | Chapter | Filed Date | |
|---|---|---|---|---|
| 1:22-bk-00036-HWV | Kenneth Patrick Ray | 13 | 1/11/2022 | N / A |
| 1:22-bk-00100-HWV | Donald Eugene Walker and Glenda J Walker | 13 | 1/21/2022 | N / A |
| 1:22-bk-00261-HWV | Todd A. Stiles | 13 | 2/11/2022 | N / A |
| 1:22-bk-00282-HWV | Gina M. Chaney | 13 | 2/15/2022 | N / A |
| 1:22-bk-00311-HWV | Nicole Antoinette Brookins | 13 | 2/17/2022 | N / A |
| 1:22-bk-00424-HWV | Michael A. Grover and Heidi Faith Grover | 13 | 3/7/2022 | N / A |
| 1:22-bk-00455-HWV | Lyonel Jean-Louis | 13 | 3/10/2022 | N / A |
| 1:22-bk-00497-HWV | Laura E. Bayer | 13 | 3/18/2022 | N / A |
| 1:22-bk-00520-HWV | Dolores A Ramnath | 13 | 3/23/2022 | N / A |
| 1:22-bk-00530-HWV | Rhonda K. Rhodes-Fazenbaker | 13 | 3/24/2022 | N / A |
| 1:22-bk-00534-HWV | Garrette F. Roche, Jr. | 13 | 3/24/2022 | N / A |
| 1:22-bk-00636-HWV | Jeremy Lee Brininger | 13 | 4/7/2022 | N / A |
| 1:22-bk-00707-HWV | Gerald L Motteler, Jr | 13 | 4/19/2022 | N / A |
| 1:22-bk-00818-HWV | Christine E. Hammond | 13 | 4/29/2022 | N / A |
| 1:22-bk-00849-HWV | David Earl French and Donna Marie French | 13 | 5/6/2022 | N / A |
| 1:22-bk-00900-HWV | Douglas Stephen Taylor and Noelle Denise Taylor | 13 | 5/13/2022 | N / A |
| 1:22-bk-00907-HWV | Brian M. Stojak | 13 | 5/13/2022 | N / A |
| 1:22-bk-00975-HWV | Andrew S Johnson | 13 | 5/25/2022 | N / A |
| 1:22-bk-01049-HWV | Richard Horace Cole, Jr. and Shari W Cole | 13 | 6/6/2022 | N / A |
| 1:22-bk-01061-HWV | Brian Michael Chatfield | 13 | 6/7/2022 | N / A |
| 1:22-bk-01089-HWV | Michael Steven Gardner | 13 | 6/10/2022 | N / A |
| 1:22-bk-01135-HWV | Phillip I. White, III | 13 | 6/20/2022 | N / A |
| 1:22-bk-01353-HWV | Robert Allen Conte | 13 | 7/22/2022 | N / A |
| 1:22-bk-01409-HWV | Mark Robert Woodring | 13 | 7/29/2022 | N / A |
| 1:22-bk-01515-HWV | Alesha Anne Miller | 13 | 8/16/2022 | N / A |
| 1:22-bk-01579-HWV | Sherry A Gardner and Nicholas J Gardner, Jr. | 13 | 8/25/2022 | N / A |
| 4:17-bk-01953-MJC | Daniel M. Derosa, Jr. and Melanie L. Derosa | 13 | 5/11/2017 | N / A |
| 4:19-bk-01537-MJC | Mark T. Hazelton and Sarah R. Hazelton | 12 | 4/12/2019 | N / A |
| 4:19-bk-02346-MJC | Fred Wayne Sheatler, II and Temmy A Sheatler | 13 | 5/31/2019 | N / A |
| 4:19-bk-05367-MJC | Melinda J. Holderman and Victor C. Holderman | 13 | 12/17/2019 | N / A |
| 4:20-bk-00066-MJC | Carl R. Peters | 13 | 1/8/2020 | N / A |
| 4:20-bk-00095-MJC | Michael Anthony Fascinella and Ann Marie Fascinella | 13 | 1/9/2020 | N / A |
| 4:20-bk-00424-MJC | Rebecca A. Corradetti and Eugene A. Corradetti, III | 13 | 2/6/2020 | N / A |
| 4:20-bk-00880-MJC | Jodi L. Auker | 13 | 3/6/2020 | N / A |
| 4:20-bk-01125-MJC | Justin Teats and Kristie Teats | 13 | 3/24/2020 | N / A |
| 4:20-bk-01846-MJC | Christopher Dean Reid, Sr. | 13 | 6/16/2020 | N / A |
| 4:20-bk-02593-MJC | Erik Andreas Nybo and Heather Lee Nybo | 13 | 8/31/2020 | N / A |
| 4:21-bk-00803-MJC | Lora L. Pringle | 13 | 4/12/2021 | N / A |
| 4:21-bk-01186-MJC | Gary E Fohringer and Lois M Fohringer | 13 | 5/25/2021 | N / A |
| 4:21-bk-01917-MJC | David L. Yacko | 13 | 8/31/2021 | N / A |

| Case Number | Debtor(s) | Chapter | Filed Date | |
|---|---|---|---|---|
| 4:22-bk-00845-MJC | Bruce Edward Hoffman, Jr. and Nikki Lee Hoffman | 13 | 5/5/2022 | N / A |
| 4:22-bk-01601-MJC | James Paul Casher and Nylene M. Casher | 13 | 8/26/2022 | N / A |
| 5:16-bk-04475-MJC | Edward Silfies and Kelly Elliott | 13 | 10/31/2016 | N / A |
| 5:16-bk-04599-MJC | Angel Medina and Shari Medina | 13 | 11/9/2016 | N / A |
| 5:16-bk-04965-MJC | Ismael Cruz | 13 | 12/6/2016 | N / A |
| 5:18-bk-00047-MJC | Faith Stead | 13 | 1/8/2018 | N / A |
| 5:18-bk-02200-HWV | John R. Krok and Amanda L. Krok | 13 | 5/29/2018 | N / A |
| 5:18-bk-03141-MJC | Joseph M Ragona, III and Kathleen Ragona | 13 | 7/30/2018 | N / A |
| 5:18-bk-03198-MJC | Rickey O. Brathwaite | 13 | 7/31/2018 | N / A |
| 5:18-bk-03820-MJC | David T. Schwartz | 13 | 9/13/2018 | N / A |
| 5:18-bk-04456-MJC | Barry Francioni | 13 | 10/22/2018 | N / A |
| 5:18-bk-04471-MJC | Desiree E. Rhymer | 13 | 10/23/2018 | N / A |
| 5:18-bk-04709-MJC | Thomas S. Stefansky and Sandra M. Stefansky | 13 | 11/6/2018 | N / A |
| 5:18-bk-04753-MJC | Michael A Cerciello | 13 | 11/9/2018 | N / A |
| 5:18-bk-04978-MJC | Julie Nicole Smith | 13 | 11/28/2018 | N / A |
| 5:18-bk-05146-MJC | Vasa Ardelean, Jr. and Ana Ardelean | 13 | 12/6/2018 | N / A |
| 5:18-bk-05281-MJC | Jack Stevenson Bogart, Jr. | 13 | 12/18/2018 | N / A |
| 5:19-bk-00112-MJC | Kenneth H Born | 13 | 1/10/2019 | N / A |
| 5:19-bk-00116-MJC | Daniel P. Errigo, Jr. and Cynthia M. Paisley-Errigo | 13 | 1/10/2019 | N / A |
| 5:19-bk-00498-MJC | Timothy M. Zabielski | 13 | 2/5/2019 | N / A |
| 5:19-bk-00693-MJC | Blaine C. Fardella | 13 | 2/19/2019 | N / A |
| 5:19-bk-00714-MJC | Henry William Thiel, Jr. and Ann Louise Thiel | 13 | 2/21/2019 | N / A |
| 5:19-bk-00887-MJC | James Joseph Hughes, Sr. and Ashley Ann Hughes | 13 | 3/4/2019 | N / A |
| 5:19-bk-01054-MJC | Melissa Bigelow | 13 | 3/18/2019 | N / A |
| 5:19-bk-01555-MJC | Thomas R. Guiffre | 13 | 4/12/2019 | N / A |
| 5:19-bk-01866-MJC | Patrick Thomas Kennedy and Marie Ann Kennedy | 13 | 4/30/2019 | N / A |
| 5:19-bk-01880-MJC | Daniel John McLean, Jr. and Tanya Lynn McLean | 13 | 5/1/2019 | N / A |
| 5:19-bk-02089-MJC | Noel Andujar | 13 | 5/14/2019 | N / A |
| 5:19-bk-02097-MJC | Dorothy Ann Daniels and Don D Daniels | 13 | 5/14/2019 | N / A |
| 5:19-bk-02859-MJC | Frederick G. Heller, III and Kristine Carmen Heller | 13 | 7/2/2019 | N / A |
| 5:19-bk-03232-MJC | Paul Joseph Materniak and Lisa Marie Materniak | 13 | 7/29/2019 | N / A |
| 5:19-bk-03415-HWV | Christine M. Griffin | 13 | 8/9/2019 | N / A |
| 5:19-bk-03433-MJC | Donna M Brennan | 13 | 8/9/2019 | N / A |
| 5:19-bk-03539-MJC | Michael C. Milbrodt and Debra A. Milbrodt | 13 | 8/21/2019 | N / A |
| 5:19-bk-03609-MJC | Carol Marie Brown-Papp | 13 | 8/26/2019 | N / A |
| 5:19-bk-03869-MJC | Joseph S Petros | 13 | 9/11/2019 | N / A |
| 5:19-bk-04208-MJC | Germain W. Joyner | 13 | 9/30/2019 | N / A |
| 5:19-bk-04456-MJC | Gina Louise Guerin | 13 | 10/15/2019 | N / A |

| Case | Name | Ch | Date Filed | Date Closed |
|---|---|---|---|---|
| 5:19-bk-04644-MJC | Michael Eric Chlebowski and Jessica Lynne Chlebowski | 13 | 10/30/2019 | N / A |
| 5:19-bk-04684-MJC | Michael W Rogers and Fallon J Rogers | 13 | 10/31/2019 | N / A |
| 5:19-bk-04823-MJC | Ryan C. Binkley and Vanessa R. Binkley | 13 | 11/12/2019 | N / A |
| 5:19-bk-04938-MJC | Devin K. Itjen and Gloria Adriana Itjen | 13 | 11/19/2019 | N / A |
| 5:19-bk-05276-MJC | Michael Francis Barhight and Jennifer Eileen Barhight | 13 | 12/11/2019 | N / A |
| 5:19-bk-05304-MJC | Stephanie Ann Swetter-Jones | 13 | 12/12/2019 | N / A |
| 5:20-bk-00141-MJC | Joseph John Kuehner,, III | 13 | 1/15/2020 | N / A |
| 5:20-bk-00259-MJC | Jeanetta Denise Canty-Johnson | 13 | 1/24/2020 | N / A |
| 5:20-bk-00279-MJC | Isabel Belinda Acevedo | 13 | 1/28/2020 | N / A |
| 5:20-bk-00284-MJC | John Hebal, Jr. | 13 | 1/28/2020 | N / A |
| 5:20-bk-00355-MJC | Kenya S. Starkes | 13 | 1/31/2020 | N / A |
| 5:20-bk-00500-MJC | Renee Ann Rusnock | 13 | 2/10/2020 | N / A |
| 5:20-bk-00544-MJC | Marc Julien | 13 | 2/13/2020 | N / A |
| 5:20-bk-00795-MJC | Chong Yon Huber | 13 | 3/2/2020 | N / A |
| 5:20-bk-00832-MJC | Marjorie Eugene Antenor | 13 | 3/4/2020 | N / A |
| 5:20-bk-00943-MJC | Kashique Bobb Duberry | 13 | 3/11/2020 | N / A |
| 5:20-bk-00981-MJC | Todd P. Shartle | 13 | 3/13/2020 | N / A |
| 5:20-bk-01367-MJC | Erica M. Williams | 13 | 4/24/2020 | N / A |
| 5:20-bk-01410-MJC | Melissa N. O'Grady | 13 | 4/29/2020 | N / A |
| 5:20-bk-01690-MJC | Edward Anthony Schwarz and Julie Joyce Schwarz | 13 | 5/30/2020 | N / A |
| 5:20-bk-01706-MJC | Paul R. Schertrumpf | 13 | 5/31/2020 | N / A |
| 5:20-bk-01750-MJC | Raymond James Smollin | 13 | 6/5/2020 | N / A |
| 5:20-bk-01821-MJC | Nancy J. Gallagher | 13 | 6/12/2020 | N / A |
| 5:20-bk-02039-MJC | Lawrence Angelo Walsh and Carolyn Irene Walsh | 13 | 7/3/2020 | N / A |
| 5:20-bk-02231-MJC | Thomas Albert Miller, Jr. | 13 | 7/25/2020 | N / A |
| 5:20-bk-02264-MJC | Delroy Alexander Skeen | 13 | 7/29/2020 | N / A |
| 5:20-bk-02417-HWV | Vito J. Pizzo | 13 | 8/12/2020 | N / A |
| 5:20-bk-02530-MJC | William J. Daniels | 13 | 8/26/2020 | N / A |
| 5:20-bk-02542-MJC | June Laurie Reich | 13 | 8/26/2020 | N / A |
| 5:20-bk-02617-MJC | Michael William Henning | 13 | 9/1/2020 | N / A |
| 5:20-bk-02639-MJC | Jack Jin Shen and Ming Chih Shen | 13 | 9/3/2020 | N / A |
| 5:20-bk-02872-MJC | Stephen A. McTernan | 13 | 9/29/2020 | N / A |
| 5:20-bk-03106-MJC | Brian Stanley Sawecki and Catherine Marie Sawecki | 13 | 10/22/2020 | N / A |
| 5:20-bk-03239-MJC | Frank Franzo and Linda Susan Franzo | 13 | 11/5/2020 | N / A |
| 5:20-bk-03276-MJC | Kenneth Alston | 13 | 11/10/2020 | N / A |
| 5:20-bk-03324-MJC | Kenneth Eugene Herritt and Shelly Ann Storper | 13 | 11/17/2020 | N / A |
| 5:20-bk-03402-MJC | Angela S Schreck | 13 | 11/28/2020 | N / A |
| 5:20-bk-03637-MJC | Robert Fasano and Francesca Fasano | 13 | 12/29/2020 | N / A |
| 5:21-bk-00065-MJC | Debra L Featherman | 13 | 1/13/2021 | N / A |
| 5:21-bk-00076-MJC | Jackie Onhvandy | 13 | 1/14/2021 | N / A |
| 5:21-bk-00133-MJC | William Howard Hewitt | 13 | 1/22/2021 | N / A |

| Case | Debtor | Chapter | Date Filed | |
|---|---|---|---|---|
| 5:21-bk-00166-MJC | James Richard Beer, Jr. | 13 | 1/26/2021 | N / A |
| 5:21-bk-00268-MJC | Jeffrey W. Ward | 13 | 2/10/2021 | N / A |
| 5:21-bk-00280-MJC | Marjohn Cauchi and Antoinette Tania Cauchi | 13 | 2/12/2021 | N / A |
| 5:21-bk-00382-MJC | Harold Thomas Neaus | 13 | 2/25/2021 | N / A |
| 5:21-bk-00538-MJC | Jose A. Diaz and Albanelis Diaz | 13 | 3/19/2021 | N / A |
| 5:21-bk-00672-MJC | Miguel Angel Garcia | 13 | 3/30/2021 | N / A |
| 5:21-bk-00680-HWV | Deborah Ann Mackarevich | 13 | 3/30/2021 | N / A |
| 5:21-bk-00786-MJC | Thomas James Kenneally | 13 | 4/9/2021 | N / A |
| 5:21-bk-00847-MJC | Christopher J. Curry | 13 | 4/16/2021 | N / A |
| 5:21-bk-00871-MJC | Sharon A. Koezeno | 13 | 4/20/2021 | N / A |
| 5:21-bk-01181-MJC | Rolland T. Cheesman, III and Deiatra D. Cheesman | 13 | 5/25/2021 | N / A |
| 5:21-bk-01411-MJC | Antoinette Marie Barnes | 13 | 6/23/2021 | N / A |
| 5:21-bk-01467-MJC | Corenia S. Sirota | 13 | 6/29/2021 | N / A |
| 5:21-bk-01470-MJC | Millicent R. During | 13 | 6/30/2021 | N / A |
| 5:21-bk-01554-MJC | Eileen Benfield | 13 | 7/12/2021 | N / A |
| 5:21-bk-01557-MJC | Jaimee Marie Haydt | 13 | 7/12/2021 | N / A |
| 5:21-bk-01571-MJC | Ricky Terrymore Samuels and Karen Angela Samuels | 13 | 7/14/2021 | N / A |
| 5:21-bk-01644-MJC | Timothy D. Newhart | 13 | 7/23/2021 | N / A |
| 5:21-bk-01784-HWV | Elizabeth L. Boyle | 13 | 8/13/2021 | N / A |
| 5:21-bk-01801-MJC | Terrence M Faust and Michelle P Faust | 13 | 8/16/2021 | N / A |
| 5:21-bk-02046-MJC | Denise M Riccio | 13 | 9/20/2021 | N / A |
| 5:21-bk-02069-MJC | Edward Eugene Hinterliter | 13 | 9/22/2021 | N / A |
| 5:21-bk-02095-MJC | Lakhwinder Singh and Heather Lynn Singh | 13 | 9/23/2021 | N / A |
| 5:21-bk-02192-MJC | Bryan Harry Gottstein and Beverly Ann Gottstein | 13 | 10/5/2021 | N / A |
| 5:21-bk-02301-MJC | Robert Walter Blaszak, Jr. | 13 | 10/26/2021 | N / A |
| 5:21-bk-02432-MJC | Keiri Yennisel Concepcion | 13 | 11/12/2021 | N / A |
| 5:21-bk-02442-MJC | Mark Joseph Kosek and Carol Lyn Kosek | 13 | 11/15/2021 | N / A |
| 5:21-bk-02461-MJC | Cathy Anne Wruble | 13 | 11/17/2021 | N / A |
| 5:21-bk-02467-MJC | Martha Luisa Almanza | 13 | 11/18/2021 | N / A |
| 5:21-bk-02689-MJC | Joseph Wongbe Cooper and Wanda Lynn Cooper | 13 | 12/22/2021 | N / A |
| 5:22-bk-00155-MJC | Juana Ortiz | 13 | 1/28/2022 | N / A |
| 5:22-bk-00285-MJC | Galbert John | 13 | 2/15/2022 | N / A |
| 5:22-bk-00332-MJC | Rupert Nathaniel Isaac, Jr | 13 | 2/21/2022 | N / A |
| 5:22-bk-00419-MJC | Erica Lelah Berta | 13 | 3/4/2022 | N / A |
| 5:22-bk-00569-MJC | Deborah L Boyle | 13 | 3/30/2022 | N / A |
| 5:22-bk-00590-MJC | Mark Loftus | 13 | 3/31/2022 | N / A |
| 5:22-bk-00673-MJC | Amy L. Hill | 13 | 4/12/2022 | N / A |
| 5:22-bk-00714-MJC | Robert M. Dukett | 7 | 4/19/2022 | N / A |
| 5:22-bk-00963-MJC | John Beech Gonzalez | 13 | 5/24/2022 | N / A |
| 5:22-bk-01097-MJC | Dina Marie Andujar | 13 | 6/13/2022 | N / A |
| 5:22-bk-01198-MJC | Gail LaVern Harrell | 13 | 6/29/2022 | N / A |
| 5:22-bk-01258-MJC | John R. Waznak | 13 | 7/7/2022 | N / A |

| | | | | |
|---|---|---|---|---|
| 5:22-bk-01264-MJC | Matthew J Mayernick | 13 | 7/10/2022 | N / A |
| 5:22-bk-01307-MJC | Erkan Bacaz | 13 | 7/18/2022 | N / A |
| 5:22-bk-01368-MJC | Laura A Butler | 13 | 7/26/2022 | N / A |
| 5:22-bk-01379-MJC | Wilfred Lee Mungro | 13 | 7/27/2022 | N / A |
| 5:22-bk-01535-MJC | Ruica Lesley Thomas-Gilliam | 13 | 8/19/2022 | N / A |
| 5:22-bk-01550-MJC | Iulian Bika and Cristina Bika | 7 | 8/22/2022 | N / A |
| 5:22-bk-01617-MJC | Alrick Troy Emerson Marner and Tameka Elizabeth Williams | 13 | 8/30/2022 | N / A |
| 5:22-bk-01642-MJC | Mary Stravinski | 13 | 9/1/2022 | N / A |