

05781-PAM-DE-039461970

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 19, 2025</u>, at <u>5:41</u> o'clock <u>PM PDT</u>, <u>Mark Sattizahn</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:  <u>March 19, 2025</u>          By:     <u>/s/Allison M Geving</u>

                                     Name:  <u>Allison M Geving</u>

                                     Title:  <u>President</u>

Certificate Number: 05781-PAM-DE-039461971

Bankruptcy Case Number: 20-01225



05781-PAM-DE-039461971

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 19, 2025</u>, at <u>5:41</u> o'clock <u>PM PDT</u>, <u>Suzie Sattizahn</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>March 19, 2025</u>          By:     <u>/s/Allison M Geving</u>

Name:  <u>Allison M Geving</u>

Title:  <u>President</u>