| In re: | Case No. 20-01225-MJC |
|---|---|
| Mark E. Sattizahn | Chapter 13 |
| Suzie K. Sattizahn | |
| Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 5
Date Rcvd: May 22, 2025     Form ID: 3180W     Total Noticed: 90

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark E. Sattizahn, Suzie K. Sattizahn, 185 Browns Road, Schuylkill Haven, PA 17972-9098 |
| 5318644 | + | AGCO Financial, 8001 BIRCHWOOD, JOHNSTON, IA 50131-2889 |
| 5318645 | + | Amazon, c/o DNF Associates LLC, 2351 N. Forest Road Suite 110, Getzville, NY 14068-9902 |
| 5318651 | + | BARCLAYS BANK DELAWARE, c/o Scott & Associates, PC, 6 Kacey Court, Suite 203, Mechanicsburg, PA 17055-9237 |
| 5318660 | + | CNH Industrial Capital America, 233 LAKE AV, RACINE, WI 53403-0014 |
| 5318667 | + | Dress Barn, P.O. Box 71106, Charlotte, NC 28272-1106 |
| 5318673 | | Geisinger Medical, POB 983150, Boston, MA 02298 |
| 5318672 | | Geisinger Medical, POB 983148, Boston, MA 02298 |
| 5384878 | + | George M. Lutz, Esquire, Hartman, Valeriano, Magovern & Lutz, P.C, 1025 Berkshire Blvd., Suite 700, Wyomissing, PA 19610-1284 |
| 5318681 | + | Midatlantic Farm Credit, ACA, 45 AILERON CT., WESTMINSTER, MD 21157-3022 |
| 5318696 | + | Terry Sattizahn, 185 Browns Road, Schuylkill Haven, PA 17972-9098 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: Q3GTBI | May 22 2025 22:44:00 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | + | EDI: PRA.COM | May 22 2025 22:44:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5328740 | | Email/Text: BANKRUPTCYDSM@DELAGELANDEN.COM | May 22 2025 18:55:00 | AGCO Finance LLC, PO Box 2000, Johnston, IA 50131-0020 |
| 5318646 | + | Email/PDF: bncnotices@becket-lee.com | May 22 2025 19:15:29 | AMERICAN EXPRESS, P.O. BOX 981537, EL PASO, TX 79998-1537 |
| 5318647 | ^ | MEBN | May 22 2025 18:49:58 | ARS, PO BOX 469100, Escondido, CA 92046-9100 |
| 5325863 | | Email/PDF: bncnotices@becket-lee.com | May 22 2025 19:02:09 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5318648 | | EDI: BANKAMER | May 22 2025 22:43:00 | BANK OF AMERICA, 4060 OGLETOWN/STANTON RD, DE5-019-03-07, NEWARK, DE 19713 |
| 5318649 | + | Email/Text: contact@fiwlaw.com | May 22 2025 18:54:00 | BARCLAY'S BANK DELAWARE, c/o Frederic I. Weinberg, 375 E. Elm Street, Ste. 210, Conshohocken, PA 19428-1973 |
| 5318650 | + | EDI: TSYS2 | May 22 2025 22:44:00 | BARCLAYS BANK DELAWARE, PO BOX 8803, ATT: CREDIT BUREAU, WILMINGTON, DE 19899-8803 |
| 5318653 | + | Email/Text: bankruptcy@bbandt.com | | |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5318652 | + | Email/Text: bankruptcy@bbandt.com | May 22 2025 18:54:00 | BB&T BANKCARD, PO BOX 2306, WILSON, NC 27894-2306 |
| 5320274 | + | Email/Text: bankruptcy@bbandt.com | May 22 2025 18:54:00 | BB&T Bank, BB&T Item Processing Center, POB 580050, Charlotte, NC 28258-0050 |
| | | | May 22 2025 18:54:00 | BB&T now Truist, Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 5321253 | + | EDI: BANKAMER2 | May 22 2025 22:44:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5327969 | | EDI: Q3GTBI | May 22 2025 22:44:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5318657 | | EDI: CAPITALONE.COM | May 22 2025 22:44:00 | CAPITAL ONE BANK USA NA, PO BOX 85015, RICHMOND, VA 23285-5075 |
| 5321642 | | Email/Text: nafaxhrbk@cnhind.com | May 22 2025 18:54:00 | CNH Industrial Capital America LLC, PO Box 71264, Philadelphia, PA 19176-6264 |
| 5318661 | + | EDI: WFNNB.COM | May 22 2025 22:44:00 | COMENITY BANK/LNBRYANT, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 5318662 | + | EDI: WFNNB.COM | May 22 2025 22:44:00 | COMENITY BANK/ROAMANS, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 5318663 | + | EDI: WFNNB.COM | May 22 2025 22:44:00 | COMENITY BANK/TORRID, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 5318664 | + | EDI: WFNNB.COM | May 22 2025 22:44:00 | COMENITY BANK/WOMNWTHN, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 5318665 | + | EDI: WFNNB.COM | May 22 2025 22:44:00 | COMENITYBANK/KAYJEWELERS, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 5318641 | ^ | MEBN | May 22 2025 18:48:21 | CSC Credit Services, Box 740040, Atlanta, GA 30374-0040 |
| 5318654 | + | EDI: CAPITALONE.COM | May 22 2025 22:44:00 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 5318656 | ^ | MEBN | May 22 2025 18:48:56 | Capital One Bank (USA), N.A., c/o Michael F. Ratchford, Esquire, 54 Glenmaura National Blvd., Ste. 1, Moosic, PA 18507-2161 |
| 5318655 | + | EDI: CAPITALONE.COM | May 22 2025 22:44:00 | Capital One Bank (USA), N.A., 4851 Cox Road, Glen Allen 23060-6293 |
| 5320634 | | EDI: CAPITALONE.COM | May 22 2025 22:44:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5318658 | + | Email/Text: bankruptcydpt@mcmcg.com | May 22 2025 18:54:00 | Captial One, c/o Midland Credit Management, P.O. Box 301030, Los Angeles, CA 90030-1030 |
| 5318643 | + | Email/Text: bankruptcy.notifications@fisglobal.com | May 22 2025 18:54:00 | Chex Systems Inc., ATTN: Customer Relations, 7805 Hudson Rd, Suite 100, Woodbury, MN 55125-1595 |
| 5318659 | + | Email/Text: bankruptcydept@wyn.com | May 22 2025 18:54:00 | Club Wyndham Plus Cash Management, PO Box 340090, Boston, MA 02241-0490 |
| 5318666 | ^ | MEBN | May 22 2025 18:48:24 | D & A Services LLC, 1400 E Touhy Ave, Suite G2, Des Plaines, IL 60018-3338 |
| 5318668 | + | Email/Text: bankruptcydpt@mcmcg.com | May 22 2025 18:54:00 | Dress Barn, c/o Midland Credit Management, P.O. Box 301030, Los Angeles, CA 90030-1030 |
| 5318642 | | Email/Text: bankruptcycourts@equifax.com | May 22 2025 18:54:00 | Equifax Information Services LLC, P.O. Box 740256, Atlanta, GA 30374 |
| 5318670 | | EDI: CITICORP | May 22 2025 22:44:00 | EXXNMOBIL/CBNA, CITIBANK CREDIT DISPUTE UNIT, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5318669 | + | Email/Text: reports@halstedfinancial.com | May 22 2025 18:54:00 | Elan Financial/US Bank, c/o Halsted Financial Services LLC, POB 828, Skokie, IL 60076-0828 |
| 5318639 | ^ | MEBN | May 22 2025 18:48:21 | Experian, Business Information Services, 475 Anton Blvd., Costa Mesa, CA 92626-7037 |
| 5318671 | ^ | MEBN | May 22 2025 18:48:52 | First National Bank Of Omaha, c/o Alpha Recovery Corp., 6912 S. Quentin Street Unit 10, Englewood, CO 80112-4531 |
| 5318674 | + | Email/Text: bankruptcy@greenskycredit.com | May 22 2025 18:54:00 | GS LOAN SVCS/HOME DEPOT, 1797 NE EXPRESSWAY, GS LOAN SERVICES, ATLANTA, GA 30329-7803 |
| 5327034 | + | Email/Text: bankruptcy@greenskycredit.com | May 22 2025 18:54:00 | Greensky, LLC, 1797 Northeast Expressway Suite 100, Atlanta, GA 30329-2451 |
| 5318675 | | Email/Text: ah_bankruptcy@meduitrcm.com | May 22 2025 18:54:00 | H & R Accounts Inc, 5320 22ND Avenue, PO Box 672, Moline, IL 61266-0672 |
| 5332875 | | EDI: JEFFERSONCAP.COM | May 22 2025 22:44:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5318676 | + | EDI: JPMORGANCHASE | May 22 2025 22:43:00 | JPMCB - CARD SERVICES, 301 N WALNUT ST, FLOOR 09, WILMINGTON, DE 19801-3971 |
| 5326412 | + | Email/Text: RASEBN@raslg.com | May 22 2025 18:54:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5318679 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 22 2025 19:03:13 | LVNV FUNDING LLC, 625 PILOT ROAD SUITE 2/3, LAS VEGAS, NV 89119-4485 |
| 5319273 | | Email/PDF: resurgentbknotifications@resurgent.com | May 22 2025 19:02:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5318678 | + | EDI: SYNC | May 22 2025 22:43:00 | Lowe s, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 5318677 | + | Email/Text: bankruptcydpt@mcmcg.com | May 22 2025 18:54:00 | Lowe's, c/o Midland Credit Management, P.O. Box 301030, Los Angeles, CA 90030-1030 |
| 5321891 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 22 2025 19:15:30 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5318680 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 22 2025 19:02:07 | MERRICK BANK, PO BOX 9201, BETHPAGE, NY 11804-9001 |
| 5318682 | + | Email/Text: bankruptcydpt@mcmcg.com | May 22 2025 18:54:00 | Midland Credit Management, POB 301030, Los Angeles, CA 90030-1030 |
| 5331169 | + | Email/Text: bankruptcydpt@mcmcg.com | May 22 2025 18:54:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5318683 | + | EDI: SYNC | May 22 2025 22:43:00 | New Egg, P.O. Box 965064, Orlando, FL 32896-5064 |
| 5318684 | + | Email/Text: bankruptcydpt@mcmcg.com | May 22 2025 18:54:00 | New Egg, c/o Midland Credit Management, P.O. Box 301030, Los Angeles, CA 90030-1030 |
| 5318685 | | EDI: G2RSPSECU | May 22 2025 22:44:00 | PA STATE EMPL CU, 1 CREDIT UNION PLACE, HARRISBURG, PA 17110-2912 |
| 5318686 | | EDI: PRA.COM | May 22 2025 22:44:00 | PORTFOLIO RECOVERY ASSOCIATES, 120 CORPORATE BLVD, STE 100, NORFOLK, VA 23502 |
| 5318687 | | EDI: PRA.COM | May 22 2025 22:44:00 | Portfolio Recovery Associates LLC, PO Box 12914, Norfolk, VA 23541 |
| 5326996 | + | EDI: G2RSPSECU | May 22 2025 22:44:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5318688 | + | EDI: SYNC | May 22 2025 22:43:00 | Q Card, P.O. Box 530905, Atlanta, GA |

| Recipient # | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5318689 | + | Email/Text: bankruptcydpt@mcmcg.com | May 22 2025 18:54:00 | Q Card, c/o Midland Credit Management, P.O. Box 301030, Los Angeles, CA 90030-1030 |
| 5332186 | | EDI: Q3G.COM | May 22 2025 22:44:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5329173 | | EDI: Q3G.COM | May 22 2025 22:44:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5318690 | + | Email/Text: ngisupport@radiusgs.com | May 22 2025 18:54:00 | Radius Global Solutions LLC, Radius Global Solutions, P.O.Box 390846, Minneapolis, MN 55439-0846 |
| 5318691 | + | EDI: SYNC | May 22 2025 22:43:00 | SYNCB/AMERICAN EAGLE DC, 4125 WINDWARD PLAZA, ALPHARETTA, GA 30005-8738 |
| 5318692 | + | EDI: SYNC | May 22 2025 22:43:00 | SYNCB/LOWES, 4125 WINDWARD PLAZA, ALPHARETTA, GA 30005-8738 |
| 5318693 | + | EDI: SYNC | May 22 2025 22:43:00 | SYNCB/SAM'S CLUB DC, 4125 WINDWARD PLAZA, ALPHARETTA, GA 30005-8738 |
| 5318694 | + | EDI: SYNC | May 22 2025 22:43:00 | SYNCB/TJX CO, 4125 WINDWARD PLAZA, ALPHARETTA, GA 30005-8738 |
| 5318902 | ^ | MEBN | May 22 2025 18:49:01 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5318695 | | EDI: WTRRNBANK.COM | May 22 2025 22:44:00 | TD BANK USA/TARGET CREDIT, 7000 TARGET PARKWAY N,, MAIL STOP NCD-0450, BROOKLYN PARK, MN 55445-4301 |
| 5330871 | + | Email/Text: bncmail@w-legal.com | May 22 2025 18:54:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5318697 | + | Email/Text: ngisupport@radiusgs.com | May 22 2025 18:54:00 | TSC, c/o Radius Global Solutions, POB 390905, Minneapolis, MN 55439-0905 |
| 5318698 | + | Email/Text: bknotices@mbandw.com | May 22 2025 18:54:00 | TSC Citibank (Tractor Supply), c/o McCarthy, Burgess and Wolff, 26000 Cannon Road, Bedford, OH 44146-1807 |
| 5324283 | + | EDI: LCIFULLSRV | May 22 2025 22:43:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5318640 | ^ | MEBN | May 22 2025 18:48:20 | Trans Union, P.O. Box 1000, Chester, PA 19016-1000 |
| 5318699 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 22 2025 18:54:00 | US DEPT. OF EDUCATION/GLELSI, PO BOX 7860, MADISON, WI 53707-7860 |
| 5318702 | | Email/Text: bankruptcydept@wyn.com | May 22 2025 18:54:00 | WYNDHAM CONSUMER FINANCE, 10750 W. CHARLESTON BLVD, STE 130, LAS VEGAS, NV 89135 |
| 5318700 | + | EDI: SYNC | May 22 2025 22:43:00 | Walmart, P.O. Box 530927, Atlanta, GA 30353-0927 |
| 5318701 | + | Email/Text: bankruptcydpt@mcmcg.com | May 22 2025 18:54:00 | Walmart, c/o Midland Credit Management, P.O. Box 301030, Los Angeles, CA 90030-1030 |
| 5318703 | + | Email/Text: bankruptcydept@wyn.com | May 22 2025 18:54:00 | Wyndham Vacation Resorts, P.O. Box 419166, Boston, MA 02241-9166 |
| 5318704 | + | EDI: SYNC | May 22 2025 22:43:00 | Zulily, P.O. Box 530993, Atlanta, GA 30353-0993 |
| 5318705 | + | Email/Text: bankruptcydpt@mcmcg.com | May 22 2025 18:54:00 | Zulily, c/o Midland Credit Management, P.O. Box 301030, Los Angeles, CA 90030-1030 |

District/off: 0314-5     User: AutoDocke     Page 5 of 5
Date Rcvd: May 22, 2025     Form ID: 3180W     Total Noticed: 90
TOTAL: 79

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Tea Olive, LLC |
| 5326774 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Midland Credit Management Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| George Meany Lutz | on behalf of Debtor 2 Suzie K. Sattizahn glutz@hvmllaw.com HartmanValerianoMagovernLutzPC@jubileebk.net |
| George Meany Lutz | on behalf of Debtor 1 Mark E. Sattizahn glutz@hvmllaw.com HartmanValerianoMagovernLutzPC@jubileebk.net |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Mark E. Sattizahn<br>First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–1422<br>EIN __–_____ |
| Debtor 2<br>(Spouse, if filing) | Suzie K. Sattizahn<br>First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–0531<br>EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:20–bk–01225–MJC | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mark E. Sattizahn

Suzie K. Sattizahn

**By the court:**

5/22/25

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**